# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

John Waite; Kasim Sulton; Susan Straw Harris p/k/a/ Syd Straw;
Leonard Graves Phillips; Stan Sobol a/k/a Stan Lee; Steve Wynn;

Dennis Mehaffey p/k/a Dennis Duck; Joel David Pellish;
Dave Provost; and on behalf of all others similarly situated

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

UMG Recordings, Inc., a Delaware corporation doing
business as Universal Music Group; and

Capitol Records, LLC, a Delaware limited liability company

(List the full name(s) of the defendant(s)/respondent(s).)

19 CV 01091 ( LAK )( )

**NOTICE OF APPEAL**

Notice of Interlocutory Appeal

Notice is hereby given that the following parties: Kasim Sulton; Susan Straw Harris; Leonard Graves Phillips; Stan Sobol

Joel David Pellish; Dennis Mehaffey; and Steve Wynn; and on behalf of all others similarly situated

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☑ order entered on: January 27, 2023

(date that judgment or order was entered on docket)

that: Denied Plaintiff's Motion for Class Certification

(If the appeal is from an order, provide a brief description above of the decision in the order.)

February 8, 2023
Dated

WYNN, Steve, L
Name (Last, First, MI)

3722 80th St #51, Jackson Heights, NY 11372
Address          City          State          Zip Code

917 498 4109
Telephone Number

Signature

cultartist@AOL.COM
E-mail Address (if available)

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone
number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties
to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

STAYED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:19–cv–01091–LAK

Waite et al v. UMG Recordings, Inc. et al
Assigned to: Judge Lewis A. Kaplan
Cause: 17:101 Copyright Infringement

Date Filed: 02/05/2019
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**John Waite**
*individually and on behalf of all others*
*similarly situated*

represented by **Andrew T. Hambelton**
Blank Rome LLP
1271 Avenue of Americas
New York, NY 10020
212–885–5345
Email: ahambelton@blankrome.com
*ATTORNEY TO BE NOTICED*

**David Michael Perry**
Blank Rome, LLP (PA)
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
215–569–5767
Fax: 215–832–5767
Email: perry@blankrome.com
*ATTORNEY TO BE NOTICED*

**Evan S Cohen**
Cohen Music Law
104 W. Anapamu Street
Suite K
93101–3126
Santa Barbara, CA 93101–3126
805–837–0100
Fax: 805–837–0200
Email: esc@manifesto.com
*ATTORNEY TO BE NOTICED*

**Gregory Bordo**
Blank Rome LLP
CA
2029 Century Park East
Ste 6th Floor
Los Angeles, CA 90067
424–239–3400
Fax: 424–239–3434
Email: gbordo@blankrome.com
*ATTORNEY TO BE NOTICED*

**Heidi Grace Crikelair**
Schulte Roth & Zabel LLP (NY)
919 Third Avenue
New York, NY 10022
(484)–354–5175
Email: heidi.crikelair@blankrome.com
*ATTORNEY TO BE NOTICED*

**Jillian Taylor**
Blank Rome LLP
130 N. 18th Street
One Logan Square

Philadelphia, PA 19103
215–569–5576
Email: jmtaylor@blankrome.com
*ATTORNEY TO BE NOTICED*

**Julianna Simon**
Greenberg Traurig, LLP
1840 Century Park East
Suite 1900
Los Angeles, CA 90067
310–586–7700
Fax: 310–586–7800
Email: simonju@gtlaw.com
*TERMINATED: 04/05/2021*

**Maryann Rose Marzano**
Cohen Music Law
1180 South Beverly Drive, Suite 510
Los Angeles, CA 90035
310–556–9800
Fax: 310–556–9801
Email: mmarzano@gradstein.com
*ATTORNEY TO BE NOTICED*

**Roy W. Arnold**
Blank Rome
501 Grant Street
Ste 8th Floor
Pittsburgh, PA 15219
412–932–2814
Email: roy.arnold@blankrome.com
*ATTORNEY TO BE NOTICED*

**Ryan Edward Cronin**
Blank Rome LLP
1271 Avenue of Americas
New York, NY 10020
212–885–5000
Email: rcronin@blankrome.com
*TERMINATED: 10/18/2022*

**David Clair Kistler , Jr.**
Heritage Pharmaceuticals
One Tower Center, Suite 1700
East Brunswick, NJ 08816
732–429–1000
Email: dkistler@heritagepharma.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joe Ely**
*individually and on behalf of all others
similarly situated*
*TERMINATED: 09/03/2020*

represented by   **David Michael Perry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan S Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maryann Rose Marzano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Edward Cronin**
(See above for address)

*TERMINATED: 10/18/2022*

**David Clair Kistler , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stan Sobol**                                      represented by **Andrew T. Hambelton**
*individually and on behalf of all others*                        (See above for address)
*similarly situated*                                              *ATTORNEY TO BE NOTICED*
*also known as*
Stan Lee                                                          **Heidi Grace Crikelair**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Roy W. Arnold**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Ryan Edward Cronin**
                                                                  (See above for address)
                                                                  *TERMINATED: 10/18/2022*

**Plaintiff**

**Kasim Sulton**                                   represented by **Andrew T. Hambelton**
*individually and on behalf of all others*                        (See above for address)
*similarly situated*                                              *ATTORNEY TO BE NOTICED*

                                                                  **Heidi Grace Crikelair**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Roy W. Arnold**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Ryan Edward Cronin**
                                                                  (See above for address)
                                                                  *TERMINATED: 10/18/2022*

**Plaintiff**

**Susan Straw Harris**                             represented by **Andrew T. Hambelton**
*individually and on behalf of all others*                        (See above for address)
*similarly situated*                                              *ATTORNEY TO BE NOTICED*
*personally known as*
Syd Straw                                                         **Heidi Grace Crikelair**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Roy W. Arnold**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Ryan Edward Cronin**
                                                                  (See above for address)
                                                                  *TERMINATED: 10/18/2022*

**Plaintiff**

**Israel Caballero**                               represented by **Roy W. Arnold**
*individually and on behalf of all others*                        (See above for address)
*similarly situated*                                              *ATTORNEY TO BE NOTICED*
*TERMINATED: 08/28/2020*

**Ryan Edward Cronin**
(See above for address)
*TERMINATED: 10/18/2022*

**Plaintiff**

**Leonard Graves Phillips**
*individually and on behalf of all others similarly situated*

represented by  **Andrew T. Hambelton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heidi Grace Crikelair**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy W. Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Edward Cronin**
(See above for address)
*TERMINATED: 10/18/2022*

**Plaintiff**

**Earle R. Ely, Jr.**
*an individual*
*TERMINATED: 11/18/2020*
*personally known as*
Joe Ely
*TERMINATED: 11/18/2020*

represented by  **Ryan Edward Cronin**
(See above for address)
*TERMINATED: 10/18/2022*

**Plaintiff**

**David Pellish**
*an individual, on behalf of themselves and all others similarly situated*
*personally known as*
Dave Provost

represented by  **Andrew T. Hambelton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heidi Grace Crikelair**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy W. Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Edward Cronin**
(See above for address)
*TERMINATED: 10/18/2022*

**Plaintiff**

**Steve Wynn**
*an individual*

represented by  **Andrew T. Hambelton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heidi Grace Crikelair**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy W. Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Edward Cronin**
(See above for address)
*TERMINATED: 10/18/2022*

**Plaintiff**

**Dennis Mehaffey**
*an individual*
*personally known as*
Dennis Duck

represented by **Andrew T. Hambelton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heidi Grace Crikelair**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roy W. Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Edward Cronin**
(See above for address)
*TERMINATED: 10/18/2022*

V.

**Defendant**

**UMG Recordings, Inc.**
*a Delaware corporation*
*TERMINATED: 06/06/2019*

represented by **Steven M. Bierman**
Sidley Austin LLP (NY)
787 Seventh Avenue
New York, NY 10019
212–839–5510
Fax: 212–839–5599
Email: sbierman@sidley.com
*TERMINATED: 01/03/2022*
*LEAD ATTORNEY*

**Adriane Kayoko Peralta**
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
213–896–6132
Fax: 213–896–6600
Email: adriane.peralta@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lisa M. Gilford**
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
213–896–6044
Fax: 213–896–6600
Email: lgilford@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melanie Berdecia**
Sidley Austin LLP(NY)
787 Seventh Avenue
New York, NY 10019
(212)–839–5988
Email: mberdecia@sidley.com
*TERMINATED: 08/06/2020*

**Richard Stephen Mandel**
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036
(212) 790–9291

Fax: (212) 575–0671
Email: rsm@cll.com
*ATTORNEY TO BE NOTICED*

**Rollin A. Ransom**
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
(213)–896–6047
Fax: 213–896–6600
Email: rransom@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Kjellberg**
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036
(212) 790–9202
Fax: (212) 575–0671
Email: txk@cll.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1 though 10**

**Defendant**

| | | |
|---|---|---|
| **UMG Recordings, Inc.**<br>*doing business as*<br>Universal Music Group | represented by | **Ariel Atlas**<br>Sidley Austin LLP<br>787 Seventh Ave.<br>New York, NY 10019<br>212–839–5477<br>Fax: 212–839–5599<br>Email: aatlas@sidley.com<br>*ATTORNEY TO BE NOTICED* |

**Lauren Marie De Lilly**
Sidley Austin LLP(CA)
555 West Fifth Street
Los Angeles, CA 90013
(213) 896–6085
Email: ldelilly@sidley.com
*ATTORNEY TO BE NOTICED*

**Rollin A. Ransom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven M. Bierman**
(See above for address)
*TERMINATED: 01/03/2022*

**Defendant**

| | | |
|---|---|---|
| **Capitol Records, LLC** | represented by | **Steven M. Bierman**<br>(See above for address)<br>*TERMINATED: 01/03/2022*<br>*LEAD ATTORNEY* |

**Ariel Atlas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rollin A. Ransom**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**UMG Recordings, Inc.**          represented by   **Ariel Atlas**
*TERMINATED: 11/18/2020*                          (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Lauren Marie De Lilly**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Steven M. Bierman**
                                                  (See above for address)
                                                  *TERMINATED: 01/03/2022*

**Counter Claimant**

**Capitol Records, LLC**          represented by   **Steven M. Bierman**
                                                  (See above for address)
                                                  *TERMINATED: 01/03/2022*
                                                  *LEAD ATTORNEY*

                                                  **Ariel Atlas**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Rollin A. Ransom**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Earle R. Ely, Jr.**             represented by   **Ryan Edward Cronin**
*an individual*                                    (See above for address)
*TERMINATED: 11/18/2020*                           *TERMINATED: 10/18/2022*

**Counter Defendant**

**Susan Straw Harris**            represented by   **Roy W. Arnold**
*individually and on behalf of all others*         (See above for address)
*similarly situated*                               *ATTORNEY TO BE NOTICED*

                                                  **Ryan Edward Cronin**
                                                  (See above for address)
                                                  *TERMINATED: 10/18/2022*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 02/05/2019 | 1 | COMPLAINT against Does 1 though 10, UMG Recordings, Inc. a Delaware corporation. (Filing Fee $ 400.00, Receipt Number ANYSDC–16296514)Document filed by John Waite, Joe Ely. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Kistler, David) (Entered: 02/05/2019) |
| 02/05/2019 | 2 | CIVIL COVER SHEET filed. (Kistler, David) (Entered: 02/05/2019) |
| 02/05/2019 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to UMG Recordings, Inc, re: 1 Complaint,. Document filed by Joe Ely, John Waite. (Kistler, David) (Entered: 02/05/2019) |
| 02/06/2019 |  | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney David Clair Kistler, Jr.. The party information for the following party/parties has been modified: John Waite; Joe Ely; UMG Recordings, Inc.. |

| | | |
|---|---|---|
| | | **The information for the party/parties has been modified for the following reason/reasons: alias party name was removed; party text was entered incorrectly. (jgo)** (Entered: 02/06/2019) |
| 02/06/2019 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Lewis A. Kaplan. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (jgo) (Entered: 02/06/2019) |
| 02/06/2019 | | Magistrate Judge James L. Cott is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (jgo) (Entered: 02/06/2019) |
| 02/06/2019 | | Case Designated ECF. (jgo) (Entered: 02/06/2019) |
| 02/06/2019 | 4 | ELECTRONIC SUMMONS ISSUED as to UMG Recordings, Inc.. (jgo) (Entered: 02/06/2019) |
| 02/07/2019 | | ***NOTICE TO ATTORNEY TO SUBMIT AO 121 FORM COPYRIGHT. Notice to Attorney David Clair Kistler, Jr. to submit a completed AO 121 Form Copyright to court for review. Use the event type AO 121 Copyright – Notice of Submission by Attorney found under the event list Other Documents. (jgo) (Entered: 02/07/2019) |
| 02/07/2019 | 5 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for David M. Perry to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–16312427. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Joe Ely, John Waite.(Perry, David) Modified on 2/7/2019 (ma). (Entered: 02/07/2019) |
| 02/07/2019 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 5 MOTION for David M. Perry to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–16312427. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): ALL DOCUMENTS MUST LIST THE CASE NUMBER. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (ma)** (Entered: 02/07/2019) |
| 02/08/2019 | 6 | AO 121 FORM COPYRIGHT – NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review.(Kistler, David) (Entered: 02/08/2019) |
| 02/08/2019 | 7 | AMENDED MOTION for David M. Perry to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by John Waite.(Perry, David) (Entered: 02/08/2019) |
| 02/11/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 7 AMENDED MOTION for David M. Perry to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 02/11/2019) |
| 02/12/2019 | 8 | MEMO ENDORSEMENT granting 7 Motion for David M. Perry to Appear Pro Hac Vice. ENDORSEMENT: Granted. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 2/12/2019) (jca) (Entered: 02/12/2019) |
| 02/15/2019 | 9 | AFFIDAVIT OF SERVICE of Summons and Complaint,. UMG Recordings, Inc. served on 2/8/2019, answer due 3/1/2019. Service was accepted by Nora Dindyal accept service on behalf of UMG Recordings, Inc.. Document filed by John Waite; Joe Ely. (Kistler, David) (Entered: 02/15/2019) |

| 02/21/2019 | 10 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – FIRST MOTION for Gregory M Bordo to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–16385920. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by John Waite.(Bordo, Gregory) Modified on 2/22/2019 (wb). (Entered: 02/21/2019) |
|---|---|---|
| 02/22/2019 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 10 FIRST MOTION for Gregory M Bordo to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–16385920. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (wb)** (Entered: 02/22/2019) |
| 02/22/2019 | 11 | ORDER RE SCHEDULING AND INITIAL PRETRIAL CONFERENCE: Counsel receiving this order shall promptly mail copies hereof to all other counsel of record or, in the case of parties for which no appearance has been made, to such parties, and as further set forth in this Order. (Initial Conference set for 4/1/2019 at 02:00 PM in Courtroom 21B, 500 Pearl Street, New York, NY 10007 before Judge Lewis A. Kaplan.) (Signed by Judge Lewis A. Kaplan on 2/22/2019) (jca) (Entered: 02/22/2019) |
| 02/22/2019 | 12 | FIRST MOTION for Gregory Mark Bordo to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by John Waite.(Bordo, Gregory) (Entered: 02/22/2019) |
| 02/22/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 12 FIRST MOTION for Gregory Mark Bordo to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (jc)** (Entered: 02/22/2019) |
| 02/25/2019 | 13 | ORDER FOR ADMISSION PRO HAC VICE granting 12 Motion for Gregory Mark Bordo to Appear Pro Hac Vice. (As further set forth in this Order.) (Signed by Judge Lewis A. Kaplan on 2/25/2019) (cf) (Entered: 02/25/2019) |
| 02/27/2019 | 14 | MOTION for Evan Seth Cohen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–16414393. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Joe Ely, John Waite.(Kistler, David) (Entered: 02/27/2019) |
| 02/27/2019 | 15 | MOTION for Maryann Rose Marzano to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–16411432. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Joe Ely, John Waite.(Kistler, David) (Entered: 02/27/2019) |
| 02/27/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 15 MOTION for Maryann Rose Marzano to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–16411432. Motion and supporting papers to be reviewed by Clerk's Office staff., 14 MOTION for Evan Seth Cohen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–16414393. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ma)** (Entered: 02/27/2019) |
| 02/28/2019 | 16 | ORDER FOR ADMISSION PRO HAC VICE granting 14 Motion for Evan Seth Cohen to Appear Pro Hac Vice. (As further set forth in this Order.) (Signed by Judge Lewis A. Kaplan on 2/18/2019) (cf) (Entered: 02/28/2019) |
| 02/28/2019 | 17 | ORDER FOR ADMISSION PRO HAC VICE granting 15 Motion for Maryann Rose Marzano to Appear Pro Hac Vice. (As further set forth in this Order.) (Signed by Judge Lewis A. Kaplan on 2/18/2019) (cf) (Entered: 02/28/2019) |
| 02/28/2019 | 18 | NOTICE OF APPEARANCE by Steven M. Bierman on behalf of UMG Recordings, Inc.. (Bierman, Steven) (Entered: 02/28/2019) |
| 02/28/2019 | 19 | PROPOSED STIPULATION AND ORDER. Document filed by UMG Recordings, Inc.. (Bierman, Steven) (Entered: 02/28/2019) |

| | | |
|---|---|---|
| 02/28/2019 | 20 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Vivendi, S.A. for UMG Recordings, Inc.. Document filed by UMG Recordings, Inc..(Bierman, Steven) (Entered: 02/28/2019) |
| 02/28/2019 | 21 | NOTICE OF APPEARANCE by Melanie Berdecia on behalf of UMG Recordings, Inc.. (Berdecia, Melanie) (Entered: 02/28/2019) |
| 03/04/2019 | 22 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to this action, that the time within which Defendant UMG may answer, move, or otherwise respond to the Complaint be, and the same hereby is, extended until and including May 3, 2019, and as further set forth in this Order. (UMG Recordings, Inc. answer due 5/3/2019.) (Signed by Judge Lewis A. Kaplan on 3/4/2019) (jca) (Entered: 03/04/2019) |
| 03/05/2019 | 23 | NOTICE OF APPEARANCE by Maryann Rose Marzano on behalf of Joe Ely, John Waite. (Marzano, Maryann) (Entered: 03/05/2019) |
| 03/05/2019 | 24 | MOTION for Rollin A. Ransom to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–16447196. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by UMG Recordings, Inc.. (Attachments: # 1 Declaration of Rollin A. Ransom, # 2 Certificate of Good Standing (California), # 3 Certificate of Good Standing (New York), # 4 Certificate of Good Standing (Illinois), # 5 Text of Proposed Order for Admission Pro Hac Vice)(Ransom, Rollin) (Entered: 03/05/2019) |
| 03/05/2019 | 25 | MOTION for Lisa M. Gilford to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–16447249. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by UMG Recordings, Inc.. (Attachments: # 1 Declaration of Lisa M. Gilford, # 2 Certificate of Good Standing (California), # 3 Text of Proposed Order for Admission Pro Hac Vice)(Gilford, Lisa) (Entered: 03/05/2019) |
| 03/06/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 24 MOTION for Rollin A. Ransom to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–16447196. Motion and supporting papers to be reviewed by Clerk's Office staff., 25 MOTION for Lisa M. Gilford to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–16447249. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 03/06/2019) |
| 03/06/2019 | 26 | NOTICE OF APPEARANCE by Evan S Cohen on behalf of Joe Ely, John Waite. (Cohen, Evan) (Entered: 03/06/2019) |
| 03/06/2019 | 27 | NOTICE OF APPEARANCE by Thomas Kjellberg on behalf of UMG Recordings, Inc.. (Kjellberg, Thomas) (Entered: 03/06/2019) |
| 03/06/2019 | 28 | NOTICE OF APPEARANCE by Richard Stephen Mandel on behalf of UMG Recordings, Inc.. (Mandel, Richard) (Entered: 03/06/2019) |
| 03/11/2019 | 29 | ORDER FOR ADMISSION PRO HAC VICE granting 24 Motion for Rollin A. Ransom to Appear Pro Hac Vice. (Signed by Judge Lewis A. Kaplan on 3/11/2019) (jca) (Entered: 03/11/2019) |
| 03/11/2019 | 30 | ORDER FOR ADMISSION PRO HAC VICE granting 25 Motion for Lisa M. Gilford to Appear Pro Hac Vice. (Signed by Judge Lewis A. Kaplan on 3/11/2019) (jca) (Entered: 03/11/2019) |
| 04/01/2019 | 31 | JOINT LETTER addressed to Judge Lewis A. Kaplan from David C. Kistler, Esquire dated 04/01/2019 re: Proposed Consent Scheduling Order. Document filed by Joe Ely, John Waite.(Kistler, David) (Entered: 04/01/2019) |
| 04/01/2019 | | Minute Entry for proceedings held before Judge Lewis A. Kaplan: Scheduling Conference held on 4/1/2019. (Court Reporter Steven Griffing)(Mohan, Andrew) (Entered: 04/01/2019) |
| 04/02/2019 | 32 | SCHEDULING ORDER: It is hereby, ORDERED that the following schedule of deadlines shall govern the further conduct of pretrial proceedings in this case: (a) The parties shall make required Rule 26(a)(2) disclosures with respect to: (i) expert witnesses on or before – 12/15/2019; (ii) rebuttal expert witnesses on or before – 1/31/2020. (b) Completion of all discovery – 3/3l/2020 (c) Service of summary |

| | | |
|---|---|---|
| | | judgment motions – 4/30/2020 ( d) Filing of pretrial order, proposed jury instructions and requested voir dire questions –case ready for trial – 4/30/2020, and as further set forth in this Order. Motions due by 4/30/2020. Discovery due by 3/31/2020. Pretrial Order due by 4/30/2020. Ready for Trial by 4/30/2020. (Signed by Judge Lewis A. Kaplan on 4/1/2019) (jca) (Entered: 04/02/2019) |
| 04/15/2019 | 33 | TRANSCRIPT of Proceedings re: CONFERENCE held on 4/1/2019 before Judge Lewis A. Kaplan. Court Reporter/Transcriber: Steven Griffing, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/6/2019. Redacted Transcript Deadline set for 5/16/2019. Release of Transcript Restriction set for 7/15/2019.(McGuirk, Kelly) (Entered: 04/15/2019) |
| 04/15/2019 | 34 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 4/1/19 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 04/15/2019) |
| 04/16/2019 | 35 | MOTION for Adriane Peralta to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–16710266. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by UMG Recordings, Inc.. (Attachments: # 1 Declaration of Adriane Peralta, # 2 Certificate of Good Standing (California), # 3 Text of Proposed Order for Admission Pro Hac Vice)(Peralta, Adriane) (Entered: 04/16/2019) |
| 04/17/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 35 MOTION for Adriane Peralta to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–16710266. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 04/17/2019) |
| 04/18/2019 | 36 | ORDER FOR ADMISSION PRO HAC VICE granting 35 Motion for Adriane Peralta to Appear Pro Hac Vice. (Signed by Judge Lewis A. Kaplan on 4/18/2019) (jca) (Entered: 04/18/2019) |
| 05/03/2019 | 37 | MOTION to Dismiss *the Complaint*. Document filed by UMG Recordings, Inc..(Bierman, Steven) (Entered: 05/03/2019) |
| 05/03/2019 | 38 | MEMORANDUM OF LAW in Support re: 37 MOTION to Dismiss *the Complaint*. . Document filed by UMG Recordings, Inc.. (Bierman, Steven) (Entered: 05/03/2019) |
| 05/03/2019 | 39 | DECLARATION of Rollin A. Ransom in Support re: 37 MOTION to Dismiss *the Complaint*.. Document filed by UMG Recordings, Inc.. (Attachments: # 1 Exhibit A – 1981 Agreement, # 2 Exhibit B – 1983 Agreement, # 3 Exhibit C – 1985 Agreement, # 4 Exhibit D – 1976 Agreement, # 5 Exhibit E – 1979 Agreement, # 6 Exhibit F – 1980 Agreement, # 7 Exhibit G – Amendment to 1979 Agreement, # 8 Exhibit H – 1965 Revision Bill)(Ransom, Rollin) (Entered: 05/03/2019) |
| 05/15/2019 | 40 | LETTER MOTION to Stay *discovery* addressed to Judge Lewis A. Kaplan from Steven M. Bierman dated May 15, 2019. Document filed by UMG Recordings, Inc.. (Attachments: # 1 Exhibit A)(Bierman, Steven) (Entered: 05/15/2019) |
| 05/17/2019 | 41 | PROPOSED STIPULATION AND ORDER. Document filed by Joe Ely, John Waite. (Cronin, Ryan) (Entered: 05/17/2019) |
| 05/20/2019 | 42 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to this action, that the time within which Plaintiffs may oppose or otherwise respond to Defendant UMG's motion to dismiss is hereby extended until and including June 5, 2019. Defendant UMG shall have until and including June 25, 2019 to file a reply to Plaintiffs' opposition or response. This extension of time shall not affect the dates set forth in the Court's Scheduling Order, dated April 2, 2019. SO ORDERED. (Responses due by 6/5/2019, Replies due by 6/25/2019.) (Signed by Judge Lewis A. Kaplan on 5/20/2019) (jca) |

| | | |
|---|---|---|
| | | (Entered: 05/20/2019) |
| 06/03/2019 | 43 | LETTER addressed to Judge Lewis A. Kaplan from Steven M. Bierman dated June 3, 2019 re: several related scheduling developments. Document filed by UMG Recordings, Inc..(Bierman, Steven) (Entered: 06/03/2019) |
| 06/04/2019 | 44 | NOTICE OF APPEARANCE by Ryan Edward Cronin on behalf of Joe Ely, John Waite. (Cronin, Ryan) (Entered: 06/04/2019) |
| 06/05/2019 | 45 | AMENDED COMPLAINT amending 1 Complaint, against Does 1 though 10, UMG Recordings, Inc. with JURY DEMAND.Document filed by John Waite, Joe Ely, Sobol Stan, Kasim Sulton, Susan Straw Harris, Israel Caballero, Leonard Graves Phillips. Related document: 1 Complaint,. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Cronin, Ryan) (Entered: 06/05/2019) |
| 06/06/2019 | | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Ryan Edward Cronin. The party information for the following party/parties has been modified: Stan Sobol, Kasim Sulton, Susan Straw Harris, Leonard Graves Phillips, Israel Caballero. The information for the party/parties has been modified for the following reason/reasons: party name contained a typographical error; party text was omitted; alias party name was omitted. (pne)** (Entered: 06/06/2019) |
| 06/06/2019 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Ryan Edward Cronin re: Document No. 45 Amended Complaint,. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF; 'UMG Recordings, Inc.' must be added to the case with newly listed alias (doing business as Universal Music Group). Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents. \*\*\*DO NOT USE GOOGLE CHROME OR SAFARI BROWSERS FOR THIS EVENT\*\*\* (pne)** (Entered: 06/06/2019) |
| 06/13/2019 | | ADD PARTY FOR PLEADING. Defendants/Respondents UMG Recordings, Inc. added. Party added pursuant to 45 Amended Complaint, 1 Complaint,.Document filed by Stan Sobol, Susan Straw Harris, Joe Ely, Israel Caballero, Kasim Sulton, Leonard Graves Phillips. Related document: 45 Amended Complaint, 1 Complaint,.(Cronin, Ryan) (Entered: 06/13/2019) |
| 06/17/2019 | 46 | PROPOSED STIPULATION AND ORDER. Document filed by UMG Recordings, Inc.. (Bierman, Steven) (Entered: 06/17/2019) |
| 06/25/2019 | 47 | MEMO ENDORSEMENT denying as moot 37 Motion to Dismiss; withdrawing 40 Motion to Stay discovery. ENDORSEMENT: Defendants motion to dismiss, filed 5/3/19, is denied as moot. Defendants motion to stay discovery is withdrawn. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 6/25/2019) (jca) (Entered: 06/25/2019) |
| 06/25/2019 | 48 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to this action, that the time within which Defendant UMG may answer, move, or otherwise respond to the First Amended Complaint be, and the same hereby is, extended from June 19, 2019 until and including June 26, 2019. This extension of time shall not affect the dates set forth in the Court's Scheduling Order, dated April 2, 2019. SO ORDERED. UMG Recordings, Inc. answer due 6/26/2019. (Signed by Judge Lewis A. Kaplan on 6/25/2019) (jca) (Entered: 06/25/2019) |
| 06/26/2019 | 49 | MOTION to Dismiss *the First Amended Complaint*. Document filed by UMG Recordings, Inc..(Bierman, Steven) (Entered: 06/26/2019) |
| 06/26/2019 | 50 | MEMORANDUM OF LAW in Support re: 49 MOTION to Dismiss *the First Amended Complaint*. . Document filed by UMG Recordings, Inc.. (Bierman, Steven) (Entered: 06/26/2019) |
| 06/26/2019 | 51 | DECLARATION of Rollin A. Ransom in Support re: 49 MOTION to Dismiss *the First Amended Complaint*.. Document filed by UMG Recordings, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, |

| | | # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L)(Ransom, Rollin) (Entered: 06/26/2019) |
|---|---|---|
| 07/10/2019 | 52 | PROPOSED STIPULATION AND ORDER. Document filed by UMG Recordings, Inc.. (Bierman, Steven) (Entered: 07/10/2019) |
| 07/11/2019 | 53 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to this action, that the time within which Plaintiffs may file an opposition to Defendant UMG's motion to dismiss the First Amended Complaint be, and the same hereby is, extended from July 10, 2019 until and including August 7, 2019, and that the time within which Defendant UMG may file a reply in support of the motion to dismiss be, and the same hereby is extended until and including August 28, 2019. SO ORDERED., ( Responses due by 8/7/2019, Replies due by 8/28/2019.) (Signed by PART I Judge Laura Taylor Swain on 7/11/2019) (ama) (Entered: 07/11/2019) |
| 07/17/2019 | 54 | MOTION for Lauren M. De Lilly to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−17264107. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by UMG Recordings, Inc.. (Attachments: # 1 Declaration of Lauren M. De Lilly, # 2 California Certificate of Good Standing, # 3 Text of Proposed Order)(De Lilly, Lauren) (Entered: 07/17/2019) |
| 07/18/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 54 MOTION for Lauren M. De Lilly to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−17264107. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 07/18/2019) |
| 07/30/2019 | 55 | ORDER FOR ADMISSION PRO HAC VICE granting 54 MOTION for Lauren M. De Lilly to Appear Pro Hac Vice. (Signed by Judge Lewis A. Kaplan on 7/30/2019) (jca) (Entered: 07/30/2019) |
| 08/07/2019 | 56 | MEMORANDUM OF LAW in Opposition re: 49 MOTION to Dismiss *the First Amended Complaint*. . Document filed by Israel Caballero, Susan Straw Harris, Leonard Graves Phillips, Stan Sobol, Kasim Sulton. (Cronin, Ryan) (Entered: 08/07/2019) |
| 08/23/2019 | 57 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Lewis A. Kaplan from Steven M. Bierman dated August 23, 2019. Document filed by UMG Recordings, Inc..(Bierman, Steven) (Entered: 08/23/2019) |
| 08/27/2019 | 58 | ORDER granting 57 Letter Motion for Leave to File Excess Pages. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 8/27/2019) (jca) (Entered: 08/27/2019) |
| 08/28/2019 | 59 | REPLY MEMORANDUM OF LAW in Support re: 49 MOTION to Dismiss *the First Amended Complaint*. . Document filed by UMG Recordings, Inc.. (Bierman, Steven) (Entered: 08/28/2019) |
| 11/07/2019 | 60 | ORDER: Oral argument regarding Defendants' motion to dismiss [DI 49] will be heard on February 3, 2020 at 10:00 A.M. SO ORDERED. (Oral Argument set for 2/3/2020 at 10:00 AM before Judge Lewis A. Kaplan.) (Signed by Judge Lewis A. Kaplan on 11/7/2019) (jca) (Entered: 11/07/2019) |
| 12/18/2019 | 61 | MOTION for Roy W. Arnold to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC−18310847. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Israel Caballero, Susan Straw Harris, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite.(Arnold, Roy) (Entered: 12/18/2019) |
| 12/18/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 61 MOTION for Roy W. Arnold to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC−18310847. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 12/18/2019) |
| 12/19/2019 | 62 | ORDER FOR ADMISSION, PRO HAC VICE granting 61 Motion for Roy W. Arnold to Appear Pro Hac Vice. (Signed by Judge Lewis A. Kaplan on 12/19/2019) (va) (Entered: 12/19/2019) |

| 01/10/2020 | 63 | PROPOSED PROTECTIVE ORDER. Document filed by UMG Recordings, Inc.. (Bierman, Steven) (Entered: 01/10/2020) |
|---|---|---|
| 01/13/2020 | 64 | STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material...Notwithstanding anything to the contrary herein: 1. Any papers filed under seal in this action shall be made part of the public record on or after 1/13/2025 unless the Court otherwise orders. 2. Any person may apply to the Court for access to any papers filed under seal pursuant to this order. Should such an application be made, the person or persons who designated the sealed material as Confidential shall have the burden of establishing good cause for the continuation of the sealing order unless the Court previously made an individualized determination of the existence of good cause for sealing. (Signed by Judge Lewis A. Kaplan on 1/13/2020) (jca) (Entered: 01/13/2020) |
| 02/03/2020 | | Minute Entry for proceedings held before Judge Lewis A. Kaplan: Oral Argument held on 2/3/2020 re: 49 MOTION to Dismiss *the First Amended Complaint*. filed by UMG Recordings, Inc. Court's decision reserved. (Court Reporter Jennifer Thun) (Mohan, Andrew) (Entered: 02/04/2020) |
| 02/04/2020 | 65 | SCHEDULING ORDER: It is hereby ORDERED that the following schedule of deadlines shall govern the further conduct of pretrial proceedings in this case: Expert disclosures due by – 5/1/2020. Service of summary judgment motions – 8/3/2020. Discovery due by 7/1/2020. Pretrial Order due by 8/3/2020. Ready for Trial by 11/9/2020. The following trial materials shall be filed at least ten days before trial: Trial brief stating the legal and factual issues and authorities relied upon and discussing any anticipated substantive or procedural problems. Motions in limine to exclude evidence. Motions in limine shall be made returnable at the time and date fixed for trial unless made at or prior to the date fixed for filing the pretrial order, in which case they shall be made without a return date and dealt with in accordance with the Court's individual rules of procedure. Papers in opposition to motions in limine made returnable on the trial date shall be filed at least three days before trial. (Signed by Judge Lewis A. Kaplan on 2/4/2020) (jca) (Entered: 02/04/2020) |
| 02/25/2020 | 66 | TRANSCRIPT of Proceedings re: ARGUMENT held on 2/3/2020 before Judge Lewis A. Kaplan. Court Reporter/Transcriber: Jennifer Thun, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/17/2020. Redacted Transcript Deadline set for 3/27/2020. Release of Transcript Restriction set for 5/26/2020..(McGuirk, Kelly) (Entered: 02/25/2020) |
| 02/25/2020 | 67 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUMENT proceeding held on 2/3/2020 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 02/25/2020) |
| 03/31/2020 | 68 | MEMORANDUM OPINION re: 49 MOTION to Dismiss *the First Amended Complaint*. filed by UMG Recordings, Inc. Defendant's motion to dismiss [DI 49] is granted as to (1) plaintiffs' request for declaratory relief; (2) Waite and Ely's claims based on grants transferred by third parties; and (3) Ely's claim related to his 1976 agreement for sound recordings that were created prior to January 1, 1978. Defendant's motion is denied in all other respects. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 3/31/20) (yv) (Entered: 03/31/2020) |
| 04/09/2020 | 69 | PROPOSED STIPULATION AND ORDER. Document filed by UMG Recordings, Inc...(Bierman, Steven) (Entered: 04/09/2020) |
| 04/30/2020 | 70 | ANSWER to 45 Amended Complaint,. Document filed by UMG Recordings, Inc...(Bierman, Steven) (Entered: 04/30/2020) |
| 04/30/2020 | 71 | PROPOSED STIPULATION AND ORDER. Document filed by UMG Recordings, Inc...(Bierman, Steven) (Entered: 04/30/2020) |

| | | |
|---|---|---|
| 05/01/2020 | 72 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to this action, that the date by which expert disclosures shall be due be, and the same hereby is, extended from May 1, 2020 until and including June 1, 2020. This adjustment will not affect other dates set forth in the Scheduling Order dated February 4, 2020. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 5/1/2020) (jca) (Entered: 05/01/2020) |
| 05/08/2020 | 73 | MOTION for Leave to File Second Amended Complaint . Document filed by Israel Caballero, Joe Ely, Susan Straw Harris, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite..(Cronin, Ryan) (Entered: 05/08/2020) |
| 05/08/2020 | 74 | MEMORANDUM OF LAW in Support re: 73 MOTION for Leave to File Second Amended Complaint . . Document filed by Israel Caballero, Joe Ely, Susan Straw Harris, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite. (Attachments: # 1 Exhibit 1– Proposed Second Amended Complaint in Tracked Changes, # 2 Exhibit 2– Proposed Second Amended Complaint (Clean Version)).(Cronin, Ryan) (Entered: 05/08/2020) |
| 05/22/2020 | 75 | MEMORANDUM OF LAW in Opposition re: 73 MOTION for Leave to File Second Amended Complaint . . Document filed by UMG Recordings, Inc...(Bierman, Steven) (Entered: 05/22/2020) |
| 05/29/2020 | 76 | REPLY MEMORANDUM OF LAW in Support re: 73 MOTION for Leave to File Second Amended Complaint . . Document filed by Israel Caballero, Joe Ely, Susan Straw Harris, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite..(Cronin, Ryan) (Entered: 05/29/2020) |
| 06/04/2020 | 77 | LETTER addressed to Judge Lewis A. Kaplan from Roy W. Arnold dated 6/4/20 re: Plaintiff's Reply Brief. Document filed by John Waite..(Cronin, Ryan) (Entered: 06/04/2020) |
| 06/24/2020 | 78 | LETTER MOTION to Compel Defendant UMG Recordings, Inc. to Production of Certain Categories of Responsive Documents addressed to Judge Lewis A. Kaplan from Ryan Cronin dated 6/24/20. Document filed by Israel Caballero, Susan Straw Harris, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite. (Attachments: # 1 Exhibit 1 – Defendant's Responses to First Document Demand, # 2 Exhibit 2 – Defendant's Responses to Second Document Demands, # 3 Exhibit 3 – Class Member List, # 4 Exhibit 4 – Defendant's Response to Plaintiffs' Interrogatories).(Cronin, Ryan) (Entered: 06/24/2020) |
| 06/26/2020 | 79 | LETTER RESPONSE to Motion addressed to Judge Lewis A. Kaplan from Rollin A. Ransom dated June 26, 2020 re: 78 LETTER MOTION to Compel Defendant UMG Recordings, Inc. to Production of Certain Categories of Responsive Documents addressed to Judge Lewis A. Kaplan from Ryan Cronin dated 6/24/20. . Document filed by UMG Recordings, Inc.. (Attachments: # 1 Exhibit 1).(Ransom, Rollin) (Entered: 06/26/2020) |
| 07/01/2020 | 80 | ORDER: Since plaintiffs filed their motion to compel [DI 78], defendant has produced additional documents related to its position that the works at issue were "made for hire." Defendant stated that the parties' dispute over this category of discovery is now limited to whether it must search and produce additional documents contained within "boxes in storage." It stated also that it will not rely upon documents it has not produced in opposing class certification. In light of this new production and defendant's stated position, plaintiff is directed to respond to defendant's letter of June 26, 2020 [DI 79], as it pertains to the "works made for hire" documents, no later than July 8, 2020. (Set Deadlines/Hearing as to 78 LETTER MOTION to Compel: Replies due by 7/8/2020.) (Signed by Judge Lewis A. Kaplan on 7/1/2020) (jwh) (Entered: 07/01/2020) |
| 07/01/2020 | 81 | ORDER: Accordingly, it may not be possible to try this case before a jury on the present schedule, at least in the conventional matter. Counsel shall meet and confer with a view to arriving at agreement on a proposal for the trial of this case in a manner that would be consistent with social distancing and other necessary precautions. Among the questions to be considered should be: 1. It is likely that a non–jury trial could be conducted sooner than a jury trial. Are the parties willing to try the case to the bench without a jury, and as further set forth in this order. Counsel shall advise the Court by joint letter on or before July 31, 2020 of their views on these and any other |

| | | relevant issues. The Court appreciates counsel's attention to these matters and welcomes creative suggestions. (Signed by Judge Lewis A. Kaplan on 7/1/2020) (jwh) (Entered: 07/01/2020) |
|---|---|---|
| 07/08/2020 | 82 | LETTER REPLY to Response to Motion addressed to Judge Lewis A. Kaplan from Ryan Cronin dated 7/8/20 re: 78 LETTER MOTION to Compel Defendant UMG Recordings, Inc. to Production of Certain Categories of Responsive Documents addressed to Judge Lewis A. Kaplan from Ryan Cronin dated 6/24/20. . Document filed by Israel Caballero, Joe Ely, Susan Straw Harris, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite. (Attachments: # 1 Exhibit 1 – E–Mail dated June 9, 2020, # 2 Exhibit 2 – E–Mail dated June 11, 2020, # 3 Exhibit 3 – E–Mail dated June 23, # 4 Exhibit 4 – E–Mail dated June 26).(Cronin, Ryan) (Entered: 07/08/2020) |
| 07/13/2020 | 83 | ORDER granting in part and denying in part 78 LETTER MOTION to Compel Defendant UMG Recordings, Inc. to Production of Certain Categories of Responsive Documents. Accordingly, plaintiffs' motion to compel [DI 78] is granted in part and denied in part. It is denied without prejudice to a renewed motion if warranted by the Court's order on the pending motion to amend. The parties shall submit on or before July 20 a proposal for a discovery deadline by which defendant must produce the documents required by this order. SO ORDERED.. (Signed by Judge Lewis A. Kaplan on 7/13/2020) (jca) (Entered: 07/13/2020) |
| 07/20/2020 | 84 | STATUS REPORT. Document filed by UMG Recordings, Inc...(Bierman, Steven) (Entered: 07/20/2020) |
| 07/31/2020 | 85 | JOINT LETTER addressed to Judge Lewis A. Kaplan from Roy W. Arnold and Steven M. Bierman dated July 31, 2020 re: Imminent Deadlines. Document filed by UMG Recordings, Inc...(Bierman, Steven) (Entered: 07/31/2020) |
| 08/03/2020 | 86 | MEMO ENDORSEMENT on re: 85 Letter filed by UMG Recordings, Inc. ENDORSEMENT: The Court adopts the proposed scheduled in the Joint Report. (Discovery due by 11/25/2020. Motions due by 12/15/2020. Responses due by 1/29/2021, Replies due by 2/19/2021.) (Signed by Judge Lewis A. Kaplan on 8/2/2020) (tro) (Entered: 08/03/2020) |
| 08/05/2020 | 87 | **FILING ERROR – DEFICIENT DOCKET ENTRY – (SUPPORTING DOCUMENTS TO BE FILED SEPARATELY)** – MOTION for Melanie Berdecia to Withdraw as Attorney . Document filed by UMG Recordings, Inc.. (Attachments: # 1 Declaration of Melanie Berdecia, # 2 Proposed Order).(Bierman, Steven) Modified on 8/17/2020 (lb). (Entered: 08/05/2020) |
| 08/06/2020 | 88 | ORDER: granting 87 Motion to Withdraw as Attorney. ACCORDINGLY, it is hereby ORDERED, that the Motion is GRANTED, and FURTHER ORDERED, that Melanie Berdecia be withdrawn as UMG's counsel in this matter. SO ORDERED. Attorney Melanie Berdecia terminated. (Signed by Judge Lewis A. Kaplan on 8/06/2020) (ama) (Entered: 08/06/2020) |
| 08/10/2020 | 89 | MEMORANDUM OPINION re: 73 MOTION for Leave to File Second Amended Complaint . filed by Leonard Graves Phillips, Stan Sobol, Israel Caballero, Susan Straw Harris, Joe Ely, John Waite, Kasim Sulton. Plaintiffs' motion for leave to file a second amended complaint [DI 73] is granted to the extent that plaintiffs may amend to: (1) assert allegations to which there have been no objection, (2) add Steven Wynn, Dennis Mehaffey, and David Pellish as named plaintiffs, (2) add Capitol as a defendant, (3) add allegations concerning sound recordings made pursuant to Ely's 1976agreement that are alleged to have been created on or after January 1, 1978, and (4) the proposed claim for declaratory relief. Plaintiffs shall file a second amended complaint conforming to this ruling no later than August 31, 2020. SO ORDERED. (Amended Pleadings due by 8/31/2020.) (Signed by Judge Lewis A. Kaplan on 8/10/2020) (jca) (Entered: 08/10/2020) |
| 08/24/2020 | 90 | MOTION for Reconsideration re; 89 Memorandum & Opinion, Set Deadlines,,,,,, . Document filed by UMG Recordings, Inc...(Bierman, Steven) (Entered: 08/24/2020) |
| 08/24/2020 | 91 | MEMORANDUM OF LAW in Support re: 90 MOTION for Reconsideration re; 89 Memorandum & Opinion, Set Deadlines,,,,,, . . Document filed by UMG Recordings, Inc.. (Attachments: # 1 Exhibit A).(Bierman, Steven) (Entered: 08/24/2020) |

| | | |
|---|---|---|
| 08/27/2020 | 92 | PROPOSED STIPULATION AND ORDER. Document filed by Israel Caballero, Joe Ely, Susan Straw Harris, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite..(Cronin, Ryan) (Entered: 08/27/2020) |
| 08/28/2020 | 93 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to this action, pursuant to Rule 23 and subject to Court approval, that: 1. Caballero is hereby dismissed and removed as a named plaintiff in this action without prejudice to his ability to assert any claim, or participate, as a member of any putative class and without prejudice to defendants' ability to use any evidence or make any argument regarding Mr. Caballero as a putative class member in this action. 2. In connection with this voluntary dismissal, Caballero and UMG agree to each bear their respective costs of suit. IT IS SO ORDERED. Israel Caballero (individually and on behalf of all others similarly situated) terminated. (Signed by Judge Lewis A. Kaplan on 8/28/2020) (jca) (Entered: 08/28/2020) |
| 08/31/2020 | 94 | **FILING ERROR – DEFICIENT PLEADING –** SECOND AMENDED COMPLAINT amending 45 Amended Complaint, against All Defendants with JURY DEMAND.Document filed by Stan Sobol, Susan Straw Harris, Joe Ely, Israel Caballero, Kasim Sulton, John Waite, Leonard Graves Phillips. Related document: 45 Amended Complaint,. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9).(Cronin, Ryan) Modified on 9/1/2020 (gp). (Entered: 08/31/2020) |
| 09/01/2020 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Ryan Cronin to RE–FILE re: Document No. 94 Amended Complaint,. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF: Earle R. Ely JR, Steve Wynn, Dennis Mehaffey, David Pellisj and Dave Porvost. ALSO, the All Defendant radio button was selected. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents.. Re–file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (gp)** (Entered: 09/01/2020) |
| 09/02/2020 | 95 | SECOND AMENDED COMPLAINT amending 45 Amended Complaint, against Does 1 though 10, UMG Recordings, Inc., Capitol Records, LLC with JURY DEMAND.Document filed by Stan Sobol, Susan Straw Harris, Kasim Sulton, John Waite, Leonard Graves Phillips, Earle R. Ely, Jr, David Pellish, Steve Wynn, Dennis Mehaffey. Related document: 45 Amended Complaint,. (Attachments: # 1 Exhibit 1 – Ely Notice, # 2 Exhibit 2 – May 6, 2016 Letter, # 3 Exhibit 3 – Sulton Notice, # 4 Exhibit 4 – Letter Dated 9/20/16, # 5 Exhibit 5 – Dickies Notice, # 6 Exhibit 6 – Letter Dated 1/23/18, # 7 Exhibit 7 – Dream Syndicate Notice, # 8 Exhibit 8 – Straw Notice, # 9 Exhibit 9 – Letter Dated 12/16/16).(Cronin, Ryan) (Entered: 09/02/2020) |
| 09/03/2020 | | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Ryan Edward Cronin. The party information for the following party/parties has been modified: Earle R. Ely, Jr., David Pellish, Steve Wynn, Dennis Mehaffey. The information for the party/parties has been modified for the following reason/reasons: party text was omitted; alias party name was omitted;. (pc)** (Entered: 09/03/2020) |
| 09/03/2020 | 96 | MEMORANDUM OF LAW in Opposition re: 90 MOTION for Reconsideration re; 89 Memorandum & Opinion, Set Deadlines,,,,,. . . Document filed by Earle R. Ely, Jr, Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 09/03/2020) |
| 09/10/2020 | 97 | NOTICE OF APPEARANCE by Ariel Atlas on behalf of Capitol Records, LLC, UMG Recordings, Inc...(Atlas, Ariel) (Entered: 09/10/2020) |
| 09/10/2020 | 98 | REPLY MEMORANDUM OF LAW in Support re: 90 MOTION for Reconsideration re; 89 Memorandum & Opinion, Set Deadlines,,,,,,. . . Document filed by UMG Recordings, Inc...(Bierman, Steven) (Entered: 09/10/2020) |
| 09/15/2020 | 99 | PROPOSED STIPULATION AND ORDER. Document filed by Capitol Records, LLC, UMG Recordings, Inc...(Bierman, Steven) (Entered: 09/15/2020) |

| | | |
|---|---|---|
| 09/16/2020 | 100 | STIPULATION AND ORDER: NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to this action, that the time within which Defendants UMG Recordings, Inc. and Capitol Records, LLC may move, answer, or otherwise respond to the Second Amended Complaint is hereby extended from September 16, 2020 until and including September 30, 2020. IT IS SO ORDERED. Capitol Records, LLC answer due 9/30/2020; UMG Recordings, Inc. answer due 9/30/2020. (Signed by Judge Lewis A. Kaplan on 9/16/2020) (jca) (Entered: 09/16/2020) |
| 09/30/2020 | 101 | ANSWER to 95 Amended Complaint,,,, COUNTERCLAIM against Earle R. Ely, Jr, Susan Straw Harris. Document filed by UMG Recordings, Inc., Capitol Records, LLC. (Attachments: # 1 Counterclaim Exhibit 1, # 2 Counterclaim Exhibit 2).(Bierman, Steven) (Entered: 09/30/2020) |
| 10/21/2020 | 102 | PROPOSED STIPULATION AND ORDER. Document filed by Israel Caballero, Earle R. Ely, Jr, Joe Ely, Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Gregory) (Entered: 10/21/2020) |
| 10/30/2020 | 103 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** PROPOSED ORDER. Document filed by Capitol Records, LLC, UMG Recordings, Inc.(Bierman, Steven) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 11/2/2020 (dt). (Entered: 10/30/2020) |
| 11/02/2020 | | **\*\*\*NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Notice to Attorney Steven Bierman to RE–FILE Document 103 Proposed Order. Use the event type Proposed Stipulation and Order found under the event list Proposed Orders. (dt)** (Entered: 11/02/2020) |
| 11/02/2020 | 104 | PROPOSED STIPULATION AND ORDER. Document filed by Capitol Records, LLC, UMG Recordings, Inc...(Bierman, Steven) (Entered: 11/02/2020) |
| 11/03/2020 | 105 | **FILING ERROR = DEFICIENT DOCKET ENTRY** MOTION for Julianna M. Simon to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–22433510. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by John Waite..(Simon, Julianna) Modified on 11/4/2020 (vba). (Entered: 11/03/2020) |
| 11/04/2020 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 105 MOTION for Julianna M. Simon to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–22433510. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from SUPREME COURT OF CALIFORNIA;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (vba)** (Entered: 11/04/2020) |
| 11/09/2020 | 106 | STIPULATION AND ORDER: NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the Parties in this action, and subject to the Court's approval, that the document production deadlines and case schedule set forth in the Joint Report and subsequently adopted by the Court be modified as follows: November 20, 2020 – Deadline for SAC Plaintiffs Straw and Ely to file a motion to dismiss or answer to the counterclaims; December 16, 2020 – Deadline for parties to exchange supplemental Rule 26(a)(l) Initial Disclosures; January 29, 2021 – Deadline for the SAC Plaintiffs and Defendants/Counterclaim Plaintiffs (as to the counterclaims) to serve a supplemental damages expert disclosure containing all information required by Fed. R. Civ. P. 26(a)(2)(B); March 1, 2021 –Deadline for Defendants and SAC Plaintiffs (as to the counterclaims) to serve a supplemental rebuttal damages expert disclosure containing all information required by Fed. R. Civ. P. 26(a)(2)(B); March 26, 2021 – Close of all discovery; April 16, 2021 – Deadline for the SAC Plaintiffs to file any motion for class certification and for any Party to file any summary judgment motion; If the SAC Plaintiffs' motion for class certification or any Party's summary judgment motion are filed on April 16, 2021, the following briefing schedule shall apply: May 14, 2021 – Deadline to file opposition, if any, to the SAC Plaintiffs' motion for class certification or any Party's summary |

| | | |
|---|---|---|
| | | judgment motion; and June 4, 2021 –Deadline to file reply, if any, in support of the SAC Plaintiffs' motion for class certification or any Party's summary judgment motion. One Month after the Parties file the joint pretrial order – Trial scheduled to begin (subject to the Court's availability). IT IS FURTHER STIPULATED AND AGREED, by and between the undersigned attorneys for the Parties in this action, that, unless modified by this Stipulation, all other provisions of and reservations of rights set forth in the Joint Report remain in effect and are expressly incorporated herein by reference. (And as further set forth herein.) SO ORDERED. (Discovery due by 3/26/2021., Motions due by 4/16/2021., Responses due by 5/14/2021, Replies due by 6/4/2021.) (Signed by Judge Lewis A. Kaplan on 11/9/2020) (jca) Modified on 11/18/2020 (jca). (Entered: 11/09/2020) |
| 11/09/2020 | | Set/Reset Deadlines: Discovery due by 3/26/2021. (jca) (Entered: 11/18/2020) |
| 11/12/2020 | 107 | MOTION for Julianna M. Simon to Appear Pro Hac Vice *(Corrected)*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by John Waite..(Simon, Julianna) (Entered: 11/12/2020) |
| 11/12/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 107 MOTION for Julianna M. Simon to Appear Pro Hac Vice *(Corrected)*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 11/12/2020) |
| 11/14/2020 | 108 | ORDER granting 107 Motion for Julianna M Simon to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis A. Kaplan)(Text Only Order) (Kaplan, Lewis) (Entered: 11/14/2020) |
| 11/17/2020 | 109 | **FILING ERROR – DEFICIENT DOCKET ENTRY – SIGNATURE ERROR –** STIPULATION OF VOLUNTARY DISMISSAL It is hereby stipulated and agreed by and between the parties and/or their respective counsel(s) that the above–captioned action is voluntarily dismissed, with prejudice against the defendant(s) Capitol Records, LLC, UMG Recordings, Inc. pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Document filed by Capitol Records, LLC, UMG Recordings, Inc.. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers)..**(Bierman, Steven) Modified on 11/18/2020 (dt). (Entered: 11/17/2020) |
| 11/18/2020 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT VOLUNTARY DISMISSAL. Notice to Attorney Steven Bierman. RE–FILE Document No. 109 Stipulation of Voluntary Dismissal,,. The filing is deficient for the following reason(s): the stipulation of voluntary dismissal was not signed by all parties who have appeared;. Re–file the document using the event type Stipulation of Voluntary Dismissal found under the event list Other Documents – select the correct filer/filers – select the correct party/parties the voluntary dismissal is against – and attach the correct signed (scanned ink signature image) PDF. (dt)** (Entered: 11/18/2020) |
| 11/18/2020 | 110 | STIPULATION OF DISMISSAL WITH PREJUDICE: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Ely, UMG, and Capitol, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and subject to Court approval under Fed. R. Civ. P. 23 that: Ely dismisses this entire Action with prejudice solely as to Ely and Ely's claims against defendants UMG, Capitol, and DOES 1 through 10. UMG and Capitol dismiss the counterclaim against Ely with prejudice. This Stipulation of Dismissal with Prejudice has no bearing on and shall not impact or affect in any manner the claims of plaintiffs Waite, Kasim, Straw, Phillips, Sobol, Wynn, Mehaffey, Pellish and/or any remaining plaintiffs or members of the putative class as against defendants UMG, Capitol, and/or DOES 1 through 10, or Capitol's counterclaims against Straw. SO ORDERED. UMG Recordings, Inc., Earle R. Ely, Jr (an individual) and Earle R. Ely, Jr (an individual) terminated. (Signed by Judge Lewis A. Kaplan on 11/18/2020) (jca) (Entered: 11/18/2020) |
| 11/20/2020 | 111 | PROPOSED STIPULATION AND ORDER. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 11/20/2020) |

| 11/23/2020 | 112 | STIPULATION AND ORDER: NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to this action, that the time within which Straw may file an Answer to the Counterclaims is hereby extended from November 20, 2020 until and including December 4, 2020. (Signed by Judge Lewis A. Kaplan on 11/23/2020) (nb) (Entered: 11/23/2020) |
|---|---|---|
| 11/23/2020 | | Set/Reset Deadlines: Susan Straw Harris answer due 12/4/2020. (nb) (Entered: 11/23/2020) |
| 11/25/2020 | 113 | MOTION to Sever *Defendants' Counterclaims*. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 11/25/2020) |
| 11/25/2020 | 114 | MEMORANDUM OF LAW in Support re: 113 MOTION to Sever *Defendants' Counterclaims*. . Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 11/25/2020) |
| 12/04/2020 | 115 | ANSWER to 101 Counterclaim. Document filed by Susan Straw Harris..(Cronin, Ryan) (Entered: 12/04/2020) |
| 12/07/2020 | 116 | PROPOSED STIPULATION AND ORDER. Document filed by Capitol Records, LLC, UMG Recordings, Inc...(Bierman, Steven) (Entered: 12/07/2020) |
| 12/08/2020 | 117 | STIPULATION AND ORDER: NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to this action, that the time within which Defendants UMG Recordings, Inc. and Capitol Records, LLC may oppose the Motion to Sever Defendants' Counterclaims is hereby extended from December 9, 2020 until and including December 21, 2020, and the time within which Plaintiffs may reply is hereby extended until and including January 11, 2021. The parties have not previously sought the relief requested herein. IT IS SO ORDERED. (Responses due by 12/21/2020, Replies due by 1/11/2021.) (Signed by Judge Lewis A. Kaplan on 12/8/2020) (jca) (Entered: 12/08/2020) |
| 12/21/2020 | 118 | MEMORANDUM OF LAW in Opposition re: 113 MOTION to Sever *Defendants' Counterclaims*. . Document filed by Capitol Records, LLC, UMG Recordings, Inc...(Bierman, Steven) (Entered: 12/21/2020) |
| 01/08/2021 | 119 | ORDER denying 90 MOTION for Reconsideration re 89 Memorandum & Opinion. Defendants' motion for reconsideration (DI 90) is denied. To the extent that defendants seek clarification on the Court's memorandum opinion (DI 89), it suffices to say only that the Court's holding was limited to the following: Consistent with the Copyright Office's practice of accepting for recordation termination notices of gap grants subject to certain conditions, the Court holds that a grant agreed to before January 1, 1978, for works created on or after that date, is terminable under 17 U.S.C. § 203, so long as either (1) the termination notice recites, as the date of execution, the date on which the work was created, or (2) if the termination notice fails to do so, the date on which the work was created is otherwise alleged and the termination notice's omission of that date is deemed to be a harmless error. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 1/7/2021) (jca) (Entered: 01/08/2021) |
| 01/11/2021 | 120 | REPLY MEMORANDUM OF LAW in Support re: 113 MOTION to Sever *Defendants' Counterclaims*. . Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Simon, Julianna) (Entered: 01/11/2021) |
| 01/27/2021 | 121 | PROPOSED STIPULATION AND ORDER. Document filed by Capitol Records, LLC, UMG Recordings, Inc...(Bierman, Steven) (Entered: 01/27/2021) |
| 02/19/2021 | 122 | STIPULATION AND ORDER TO STAY LITIGATION AND DENYING SEVERANCE MOTIONS: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendants, as follows: 1. The litigation, and any court deadlines set by this Court or the Federal Rules of Civil Procedure shall be stayed until April 9, 2021, at which point, if the Parties have not reached a settlement in principle, the Parties will work together to submit a stipulated case schedule for the Court's consideration. 2. The Parties shall report to the Court on or before the expiration of the stay regarding their progress toward resolution. 3. In the event that the Parties reach an impasse or their settlement discussions irretrievably |

| | | break down, the Parties shall meet and confer in good faith as to whether further discussions may be fruitful and if any Party (Plaintiffs or Defendants) determines that such discussions are likely to be no longer productive, then such Party may notify the Court after five business days of the Parties meet and confer to request that the Court terminate the stay for good cause. 4. No Party has made any previous request for such a stay. In addition, the pending severance motion (Dkt. 113) is denied without prejudice to renewal if the case is not settled. IT IS SO ORDERED. Case stayed., Motions terminated: 113 MOTION to Sever *Defendants' Counterclaims*. filed by Leonard Graves Phillips, Stan Sobol, David Pellish, Kasim Sulton, Susan Straw Harris, Dennis Mehaffey, Steve Wynn, John Waite. (Signed by Judge Lewis A. Kaplan on 2/19/2021) (jca) (Entered: 02/19/2021) |
|---|---|---|
| 04/02/2021 | 123 | LETTER addressed to Judge Lewis A. Kaplan from Julianna M. Simon dated 4/2/21 re: Removal from the Court's Docket. Document filed by Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Simon, Julianna) (Entered: 04/02/2021) |
| 04/05/2021 | 124 | MEMO ENDORSEMENT on re: 123 Letter, filed by Leonard Graves Phillips, Stan Sobol, Dennis Mehaffey, David Pellish, Steve Wynn, John Waite, Kasim Sulton. ENDORSEMENT: Granted. SO ORDERED. Attorney Julianna Simon terminated. (Signed by Judge Lewis A. Kaplan on 4/5/2021) (jca) (Entered: 04/05/2021) |
| 04/07/2021 | 125 | PROPOSED STIPULATION AND ORDER. Document filed by Capitol Records, LLC, UMG Recordings, Inc...(Bierman, Steven) (Entered: 04/07/2021) |
| 04/08/2021 | 126 | STIPULATION AND ORDER TO FURTHER STAY LITIGATION: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendants, as follows: 1. The litigation, and any court deadlines set by this Court or the Federal Rules of Civil Procedure, shall be stayed until May 10, 2021, at which point, if the parties have not reached a settlement in principle, the Parties will work together to submit a stipulated case schedule for the Courts consideration. 2. The parties shall report to the Court on or before the expiration of the stay regarding their progress toward resolution. 3. In the event that the parties reach an impasse or their settlement discussions irretrievably break down, the parties shall meet and confer in good faith as to whether further discussions may be fruitful and if any party (Plaintiffs or Defendants) determines that such discussions are likely to be no longer productive, then such party may notify the Court after five business days of the parties' meet and confer to request that the Court terminate the stay for good cause. 4. The parties previously requested and were granted a stay through April 9, 2021, to permit the parties to engage in mediation and to facilitate their efforts to resolve this matter, which efforts are ongoing as reflected above. IT IS SO ORDERED. Case stayed. (Signed by Judge Lewis A. Kaplan on 4/8/2021) (jca) (Entered: 04/08/2021) |
| 05/03/2021 | 127 | PROPOSED STIPULATION AND ORDER. Document filed by Capitol Records, LLC, UMG Recordings, Inc...(Bierman, Steven) (Entered: 05/03/2021) |
| 05/04/2021 | 128 | STIPULATION AND ORDER TO FURTHER STAY LITIGATION: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendants, as follows: 1. The litigation, and any court deadlines set by this Court or the Federal Rules of Civil Procedure, shall be stayed until June 9, 2021, at which point, if the parties have not reached a settlement in principle, the Parties will work together to submit a stipulated case schedule for the Court's consideration. 2. The parties shall report to the Court on or before the expiration of the stay regarding their progress toward resolution. 3. In the event that the parties reach an impasse or their settlement discussions irretrievably break down, the parties shall meet and confer in good faith as to whether further discussions may be fruitful and if any party (Plaintiffs or Defendants) determines that such discussions are likely to be no longer productive, then such party may notify the Court after five business days of the parties' meet and confer to request that the Court terminate the stay for good cause. IT IS SO ORDERED. (Signed by Judge Lewis A. Kaplan on 5/4/2021) (mml) (Entered: 05/04/2021) |
| 05/04/2021 | | Terminate Transcript Deadlines. (mml) (Entered: 05/04/2021) |
| 05/20/2021 | 129 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Jillian M. Taylor to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–24566653. **Motion and supporting papers to be reviewed by Clerk's** |

| | | |
|---|---|---|
| | | **Office staff.** Document filed by John Waite.(Taylor, Jillian) Modified on 5/20/2021 (vba). (Entered: 05/20/2021) |
| 05/20/2021 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 129 MOTION for Jillian M. Taylor to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–24566653. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of New Jersey;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (vba)** (Entered: 05/20/2021) |
| 06/03/2021 | 130 | MOTION for Jillian M. Taylor to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by John Waite..(Taylor, Jillian) (Entered: 06/03/2021) |
| 06/03/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 130 MOTION for Jillian M. Taylor to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 06/03/2021) |
| 06/09/2021 | 131 | STATUS REPORT. Document filed by Capitol Records, LLC, UMG Recordings, Inc...(Bierman, Steven) (Entered: 06/09/2021) |
| 06/11/2021 | 132 | PROPOSED STIPULATION AND ORDER. Document filed by Capitol Records, LLC, UMG Recordings, Inc.(a Delaware corporation)..(Bierman, Steven) (Entered: 06/11/2021) |
| 06/16/2021 | 133 | MOTION to renew prior motions to sever defendants' counterclaims. . Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) Modified on 9/7/2021 (js). (Entered: 06/16/2021) |
| 06/16/2021 | 134 | DECLARATION of Ryan E. Cronin in Support re: 133 MOTION to Sever *Defendants' Counterclaims (Renewed Motion)..* Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn. (Attachments: # 1 Exhibit A – First Motion to Sever with Supporting Papers, # 2 Exhibit B – Defendant's Memorandum of Law in Opposition to First Motion, # 3 Exhibit C – Plaintiffs' Reply Papers in Support of First Motion to Sever).(Cronin, Ryan) (Entered: 06/16/2021) |
| 09/04/2021 | 135 | ORDER granting 130 Motion for Jillian Taylor to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis A. Kaplan)(Text Only Order) (Kaplan, Lewis) (Entered: 09/04/2021) |
| 09/05/2021 | 136 | MEMO ENDORSEMENT granting 133 Motion to renew prior motions to sever defendants' counterclaims. ENDORSEMENT: This motion–which, contrary to its docket entry and title on the notice of motion, is not a motion to sever defendants' counterclaims, but instead a motion to renew prior motions for that relief–is granted. The Clerk shall revise the description in docket entry 133 to read Motion to renew prior motions to sever defendants' counterclaims. So Ordered.. (Signed by Judge Lewis A. Kaplan on 9/4/2021) (js) (Entered: 09/07/2021) |
| 09/29/2021 | 137 | PROPOSED STIPULATION AND ORDER. Document filed by Capitol Records, LLC, UMG Recordings, Inc...(Bierman, Steven) (Entered: 09/29/2021) |
| 09/30/2021 | 138 | STIPULATION AND ORDER, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the Parties in this litigation, and subject to the Court's approval, as follows: To the extent such documents are in Defendants' possession, custody, and control and have not already been produced, Defendants shall produce: (1) except as provided in Paragraph 1 (c), on or before October 22, 2021, putative termination notices received by Defendants between January 1, 2013 and September 17, 2021, inclusive, and corresponding counter notices, recording agreements, and copyright registrations, for any artists in Putative Class A or B who directly contracted with UMG or Capitol or one of their respective predecessors; 1 (2) on or before December 10, 2021, all documents supporting Defendants' work–for–hire |

defense or other defense upon which they intend to rely, as to the artists described in Paragraph l(a)(l); (3) on or before October 22, 2021, putative termination notices received by Defendants between December 18, 2020 and September 17, 2021, and relevant excerpts of corresponding recording agreements with loan–out, furnishing, or third–party companies for any artists in Putative Class A or B as to whom Defendants have received a notice pursuant to § 203 of the Copyright Act purporting to terminate a putative grant of rights to Defendants, or one of their respective predecessors, respecting one or more works that relate to putative grants made by such loan–out, furnishing, or third–party companies; (4) on or before October 22, 2021, as to works identified in a putative termination notice of any artists in Putative Class A who directly contracted with UMG or Capitol or one of their respective predecessors, documents sufficient to show revenue received by Defendants after such works' purported effective date of termination on account of a U.S. synch or sampling license issued with respect to such work, including sufficient detail (to the extent reflected in Defendants ' records) to identify the work, the synch or sampling license, the amounts received, and the date(s) of receipt, together with such synch or sampling licenses; and (5) on or before October 22, 2021, as to artists in Putative Class A who directly contracted with UMG or Capitol or one of their respective predecessors, royalty statements issued to such artist with respect to works identified in such artist's putative termination notice after the earliest purported effective date of termination listed in such putative termination notice, and any other documents referenced (whether generally or specifically) in the expert report of Dr. David Blackbum upon which Defendants or Dr. Blackbum intend to rely in this action and as further set forth in this Stipulation. Defendants shall respond to Plaintiff Steve Wynn's First Set of Contention Interrogatories and to Plaintiff Kasim Sultan's First Set of Contention Interrogatories on or before October 22, 2021. Plaintiffs shall respond to UMG's First Set of Contention Interrogatories to Steve Wynn, Dennis Mehaffey, David Pellish, and Susan Straw Harris on or before November 1, 2021. All Parties shall supplement their respective responses to contention interrogatories, if appropriate and/or required pursuant to the Federal Rules of Civil Procedure, on or before January 14, 2022. December 7, 2021 –Deadline for Plaintiffs to serve any reply damages expert disclosure by Stefano Vranca addressing issues raised in the expert report of Dr. David Blackbum and/or updating the figures contained in Mr. Vranca's earlier reports; b. January 14, 2022 – Close of all discovery; c. February 11, 2022–Deadline for the SAC Plaintiffs to file any motion for class certification and for any Party to file any summary judgment motion; If the SAC Plaintiffs' motion for class certification or any Party's summary judgment motion are filed on February 11, 2022, the following briefing schedule shall apply: March 11, 2022 – Deadline to file an opposition, if any, to the SAC Plaintiffs' motion for class certification or any Party's summary judgment motion; and April 1, 2022 – Deadline to file a reply, if any, in support of the SAC Plaintiffs' motion for class certification or any Party's summary judgment motion. If the SAC Plaintiffs' motion for class certification or any Party's summary judgment motion is filed before February 11, 2022, then the Parties shall stipulate to a deadline to file an opposition that is at least 30 days after service of the motion, and a deadline to file a reply, if any, that is at least 14 days after service of the opposition (provided that the Parties shall meet and confer in good faith about a longer schedule, including in light of intervening holidays or other conflicts) and as further set forth in this Stipulation. So Ordered. ( Discovery due by 1/14/2022., Motions due by 2/11/2022., Responses due by 3/11/2022, Replies due by 4/1/2022.) (Signed by Judge Lewis A. Kaplan on 9/30/21) (yv) (Entered: 09/30/2021)

| 10/04/2021 | 139 | AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Universal Music Group, N.V. for UMG Recordings, Inc.. Document filed by UMG Recordings, Inc...(Bierman, Steven) (Entered: 10/04/2021) |
| 10/11/2021 | 140 | MEMORANDUM AND ORDER: Based on these considerations, and for many of the reasons explained in defendants' opposition brief (Dkt. 118), the Court concludes that severance is not warranted here. Defendants' counterclaim involves the same copyrighted work and agreement at issue in Straw's claim against defendants. In addition, Straw's Section 203 notice of termination likely will be relevant to Straw's intent with regard to defendants' infringement claim. It would be inefficient to sever these claims. Accordingly, the motion to sever (Dkt. 113) is denied. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 10/11/2021) (mml) (Entered: 10/12/2021) |

| | | |
|---|---|---|
| 12/08/2021 | 141 | NOTICE OF CHANGE OF ADDRESS by Evan S Cohen on behalf of Susan Straw Harris, Dennis Mehaffey, Leonard Graves Phillips, Kasim Sulton, John Waite, Steve Wynn. New Address: Cohen Music Law, 104 W. Anapamu Street, Ste. K, Santa Barbara, California, United States 93101, 805–837–0100..(Cohen, Evan) (Entered: 12/08/2021) |
| 12/30/2021 | 142 | MOTION for Steven M. Bierman to Withdraw as Attorney . Document filed by Capitol Records, LLC, UMG Recordings, Inc.. (Attachments: # 1 Declaration of Steven M. Bierman, # 2 Text of Proposed Order).(Bierman, Steven) (Entered: 12/30/2021) |
| 01/03/2022 | 143 | ORDER granting 142 Motion to Withdraw as Attorney. ACCORDINGLY, it is hereby ORDERED, that the Motion is GRANTED, and FURTHER ORDERED, that Steven M. Bierman be withdrawn as counsel for UMG and Capitol in this action and the email address sbierman@sidley.com be removed from ECF notifications in this action. SO ORDERED. Attorney Steven M. Bierman terminated.. (Signed by Judge Lewis A. Kaplan on 1/3/2022) (kv) (Entered: 01/03/2022) |
| 01/14/2022 | 144 | PROPOSED STIPULATION AND ORDER. Document filed by Capitol Records, LLC, UMG Recordings, Inc.(a Delaware corporation)..(Atlas, Ariel) (Entered: 01/14/2022) |
| 04/06/2022 | 145 | STIPULATION AND ORDER: NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the Parties in this litigation, and subject to the Court's approval, as follows: 1. All Parties shall supplement their respective responses to contention interrogatories, if appropriate and/or required pursuant to the Federal Rules of Civil Procedure, on or before February 11, 2022. 2. The "Close of all discovery date" in the September 30, 2021 Stipulation and Order is extended from January 14, 2022, to March 15, 2022 (the "Extension Period"), as further set forth herein. 5. Subject to the above, the remaining Case Schedule is amended as follows: a. March 15, 2022 – Close of all discovery; b. April 15, 2022 – Deadline for Plaintiffs to file any motion for class certification and for any Party to file any summary judgment motion; i. If Plaintiffs' motion for class certification or any Party's summary judgment motion are filed on April 15, 2022, the following briefing schedule shall apply: 1. May 16, 2022 – Deadline to file an opposition, if any, to Plaintiffs' motion for class certification or any Party's summary judgment motion; and 2. June 3, 2022 – Deadline to file a reply, if any, in support of Plaintiffs' motion for class certification or any Party's summary judgment motion.ii. If Plaintiffs' motion for class certification or any Party's summary judgment motion is filed before April 15, 2022, then the Parties shall stipulate to a deadline to file an opposition that is at least 30 days after service of the motion, and a deadline to file a reply, if any, that is at least 14 days after service of the opposition (provided that the Parties shall meet and confer in good faith about a longer schedule, including in light of intervening holidays or other conflicts). IT IS SO ORDERED. (Motions due by 4/15/2022. Responses due by 5/16/2022. Replies due by 6/3/2022.) (Signed by Judge Lewis A. Kaplan on 4/6/2022) (mml) Modified on 4/11/2022 (mml). (Entered: 04/06/2022) |
| 04/09/2022 | 146 | FIRST LETTER MOTION for Leave to File Excess Pages addressed to Judge Lewis A. Kaplan from Ryan E. Cronin dated 4–9–22. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Crikelair, Heidi) (Entered: 04/09/2022) |
| 04/10/2022 | 147 | ORDER granting 146 Letter Motion for Leave to File Excess Pages (HEREBY ORDERED by Judge Lewis A. Kaplan)(Text Only Order) (Kaplan, Lewis) (Entered: 04/10/2022) |
| 04/14/2022 | 148 | LETTER MOTION to Seal *Exh. 23 to Plaintiffs' Motion for Class Cert. and Exh. 30 to Plaintiffs' Motion for Partial Summary Judgment* addressed to Judge Lewis A. Kaplan from Roy W. Arnold dated 4/14/2022. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Arnold, Roy) (Entered: 04/14/2022) |
| 04/15/2022 | 149 | MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)*. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Arnold, Roy) (Entered: 04/15/2022) |

| 04/15/2022 | 150 | MEMORANDUM OF LAW in Support re: 149 MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)*. . Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Arnold, Roy) (Entered: 04/15/2022) |
|---|---|---|
| 04/15/2022 | 151 | DECLARATION of Ryan E. Cronin in Support re: 149 MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)*.. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn. (Attachments: # 1 Exhibit 1 – Deposition of McMullan, # 2 Exhibit 2 – Sulton Deposition, # 3 Exhibit 3 – Sulton Recording Agreement, # 4 Exhibit 4 – Certificate of Registration, # 5 Exhibit 5 – Notice of Termination, # 6 Exhibit 6 – Phillips Deposition, # 7 Exhibit 7 – Sobol Deposition, # 8 Exhibit 8 – Dickies Recording Agreement, # 9 Exhibit 9 – Dickies Cert. of Registration, # 10 Exhibit 10 – Dickies Notice of Termination, # 11 Exhibit 11 – Wynn Deposition, # 12 Exhibit 12 – Pelish Deposition, # 13 Exhibit 13 – Mehaffey Deposition, # 14 Exhibit 14 – Dream Syndicate Recording Agreement, # 15 Exhibit 15 – Dream Syndicate Cert. of Registration, # 16 Exhibit 16 – Dream Syndicate Notice of Termination, # 17 Exhibit 17 – Straw Deposition, # 18 Exhibit 18 – Straw Recording Agreement, # 19 Exhibit 19 – Straw Cert. of Registration, # 20 Exhibit 20 – Straw Notice of Termination, # 21 Exhibit 21 – Straw Cert. of Recordation of Notice of Termination, # 22 Exhibit 22 – Master Summary Exhibit, # 23 Exhibit 23 – Placeholder, # 24 Exhibit 24 – Deposition of Vranca, # 25 Exhibit 25 – Deposition of McMullan).(Cronin, Ryan) (Entered: 04/15/2022) |
| 04/15/2022 | 152 | DECLARATION of Roy W. Arnold in Support re: 149 MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)*.. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 04/15/2022) |
| 04/15/2022 | 153 | DECLARATION of Gregory M. Bordo in Support re: 149 MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)*.. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 04/15/2022) |
| 04/15/2022 | 154 | DECLARATION of Evan S. Cohen in Support re: 149 MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)*.. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 04/15/2022) |
| 04/15/2022 | 155 | DECLARATION of Heidi G. Crikelair in Support re: 149 MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)*.. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 04/15/2022) |
| 04/15/2022 | 156 | DECLARATION of Ryan E. Cronin in Support re: 149 MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)*.. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 04/15/2022) |
| 04/15/2022 | 157 | DECLARATION of Maryann R. Marzano in Support re: 149 MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)*.. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 04/15/2022) |
| 04/15/2022 | 158 | DECLARATION of David M. Perry in Support re: 149 MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)*.. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 04/15/2022) |
| 04/15/2022 | 159 | DECLARATION of Dennis Mehaffey in Support re: 149 MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)*.. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 04/15/2022) |
| 04/15/2022 | 160 | DECLARATION of David Pellish in Support re: 149 MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)*.. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 04/15/2022) |

| | | |
|---|---|---|
| 04/15/2022 | [161](#) | DECLARATION of Leonard Graves Phillips in Support re: [149](#) MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)..* Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 04/15/2022) |
| 04/15/2022 | [162](#) | DECLARATION of Stan Sobol in Support re: [149](#) MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)..* Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 04/15/2022) |
| 04/15/2022 | [163](#) | DECLARATION of Susan Straw Harris in Support re: [149](#) MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)..* Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 04/15/2022) |
| 04/15/2022 | [164](#) | DECLARATION of Kasim Sulton in Support re: [149](#) MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)..* Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 04/15/2022) |
| 04/15/2022 | [165](#) | DECLARATION of Steve Wynn in Support re: [149](#) MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)..* Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 04/15/2022) |
| 04/15/2022 | [166](#) | MOTION for Summary Judgment *(Partial Summary Judgment on Defendants' Work Made for Hire Defense).* Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 04/15/2022) |
| 04/15/2022 | [167](#) | MEMORANDUM OF LAW in Support re: [166](#) MOTION for Summary Judgment *(Partial Summary Judgment on Defendants' Work Made for Hire Defense)..* Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn. (Attachments: # [1](#) Text of Proposed Order Granting Partial Summary Judgment).(Cronin, Ryan) (Entered: 04/15/2022) |
| 04/15/2022 | [168](#) | MOTION for Summary Judgment *as to Plaintiff Kasim Sulton's Claim for Copyright Infringement.* Document filed by Capitol Records, LLC, UMG Recordings, Inc...(Atlas, Ariel) (Entered: 04/15/2022) |
| 04/15/2022 | [169](#) | RULE 56.1 STATEMENT. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 04/15/2022) |
| 04/15/2022 | [170](#) | MEMORANDUM OF LAW in Support re: [168](#) MOTION for Summary Judgment *as to Plaintiff Kasim Sulton's Claim for Copyright Infringement.* . Document filed by Capitol Records, LLC, UMG Recordings, Inc...(Atlas, Ariel) (Entered: 04/15/2022) |
| 04/15/2022 | [171](#) | RULE 56.1 STATEMENT. Document filed by Capitol Records, LLC, UMG Recordings, Inc...(Atlas, Ariel) (Entered: 04/15/2022) |
| 04/15/2022 | [172](#) | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –** DECLARATION of Ryan E. Cronin in Support re: [168](#) MOTION for Summary Judgment *as to Plaintiff Kasim Sulton's Claim for Copyright Infringement..* Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn. (Attachments: # [1](#) Exhibit 1 – Sulton Deposition, # [2](#) Exhibit 2 – Sulton Recording Agreement, # [3](#) Exhibit 3 – Sulton Cert. of Registration, # [4](#) Exhibit 4 – McMullan Deposition, # [5](#) Exhibit 5 – Defendants' Webpage, # [6](#) Exhibit 6 – Sulton Notice of Termination, # [7](#) Exhibit 7 – Sulton Cert. of Recordation, # [8](#) Exhibit 8 – Counter–Notice to Sulton Notice of Termination, # [9](#) Exhibit 9 – Phillips Deposition, # [10](#) Exhibit 10 – Sobol Deposition, # [11](#) Exhibit 11 – Dickies Recording Agreement, # [12](#) Exhibit 12 – Dickies Cert. of Registration, # [13](#) Exhibit 13 – Dickies Notice of Termination, # [14](#) Exhibit 14 – Defendants' Counter Notice to Dickies, # [15](#) Exhibit 15 – Pellish Deposition, # [16](#) Exhibit 16 – Wynn Deposition, # [17](#) Exhibit 17 – Mehaffey Deposition, # [18](#) Exhibit 18 – Dream Syndicate Recording Agreement, # [19](#) Exhibit 19 – Dream Syndicate Cert. of Registration, # [20](#) Exhibit 20 – Dream Syndicate Notice of Termination, # [21](#) |

| | | Exhibit 21 – Letter Indicating Release, # <u>22</u> Exhibit 22 – Dream Syndicate Notice of Termination, # <u>23</u> Exhibit 23 – Straw Deposition, # <u>24</u> Exhibit 24 – Straw Recording Agreement, # <u>25</u> Exhibit 25 – Straw Cert. of Registration, # <u>26</u> Exhibit 26 – Virgin Records Letter, # <u>27</u> Exhibit 27 – Straw Notice of Termination, # <u>28</u> Exhibit 28 – Straw Cert. of Recordation, # <u>29</u> Exhibit 29 – Defendants' Counter–Notice, # <u>30</u> Exhibit 30 – Placeholder).(Cronin, Ryan) Modified on 4/18/2022 (kj). (Entered: 04/15/2022) |
|---|---|---|
| 04/15/2022 | <u>173</u> | DECLARATION of Dennis Mehaffey in Support re: <u>166</u> MOTION for Summary Judgment *(Partial Summary Judgment on Defendants' Work Made for Hire Defense)*.. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 04/15/2022) |
| 04/15/2022 | <u>174</u> | DECLARATION of Rollin A. Ransom in Support re: <u>168</u> MOTION for Summary Judgment *as to Plaintiff Kasim Sulton's Claim for Copyright Infringement*.. Document filed by Capitol Records, LLC, UMG Recordings, Inc.. (Attachments: # <u>1</u> Exhibit A – Discogs, # <u>2</u> Exhibit B– Deposition Transcript, # <u>3</u> Exhibit C – Recording Agreement, # <u>4</u> Exhibit D – Termination Notice, # <u>5</u> Exhibit E – Sultan RFA Responses, # <u>6</u> Exhibit F – Sultan Rog Responses, # <u>7</u> Second Amended Complaint).(Atlas, Ariel) (Entered: 04/15/2022) |
| 04/15/2022 | <u>175</u> | DECLARATION of Alasdair McMullan in Support re: <u>168</u> MOTION for Summary Judgment *as to Plaintiff Kasim Sulton's Claim for Copyright Infringement*.. Document filed by Capitol Records, LLC, UMG Recordings, Inc.. (Attachments: # <u>1</u> Exhibit A – Agreement, # <u>2</u> Exhibit B – Clearance Confirmation).(Atlas, Ariel) (Entered: 04/15/2022) |
| 04/15/2022 | <u>176</u> | DECLARATION of James Harrington in Support re: <u>168</u> MOTION for Summary Judgment *as to Plaintiff Kasim Sulton's Claim for Copyright Infringement*.. Document filed by Capitol Records, LLC, UMG Recordings, Inc...(Atlas, Ariel) (Entered: 04/15/2022) |
| 04/15/2022 | <u>177</u> | PROPOSED ORDER. Document filed by Capitol Records, LLC, UMG Recordings, Inc.. Related Document Number: <u>168</u> ..(Atlas, Ariel) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/15/2022) |
| 04/15/2022 | <u>178</u> | DECLARATION of David Pellish in Support re: <u>166</u> MOTION for Summary Judgment *(Partial Summary Judgment on Defendants' Work Made for Hire Defense)*.. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 04/15/2022) |
| 04/15/2022 | <u>179</u> | DECLARATION of Leonard Graves Phillips in Support re: <u>166</u> MOTION for Summary Judgment *(Partial Summary Judgment on Defendants' Work Made for Hire Defense)*.. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 04/15/2022) |
| 04/15/2022 | <u>180</u> | DECLARATION of Stan Sobol in Support re: <u>166</u> MOTION for Summary Judgment *(Partial Summary Judgment on Defendants' Work Made for Hire Defense)*.. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 04/15/2022) |
| 04/15/2022 | <u>181</u> | DECLARATION of Susan Straw Harris in Support re: <u>166</u> MOTION for Summary Judgment *(Partial Summary Judgment on Defendants' Work Made for Hire Defense)*.. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 04/15/2022) |
| 04/15/2022 | <u>182</u> | DECLARATION of Kasim Sulton in Support re: <u>166</u> MOTION for Summary Judgment *(Partial Summary Judgment on Defendants' Work Made for Hire Defense)*.. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 04/15/2022) |

| 04/15/2022 | 183 | DECLARATION of Steve Wynn in Support re: 166 MOTION for Summary Judgment *(Partial Summary Judgment on Defendants' Work Made for Hire Defense)*.. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 04/15/2022) |
|---|---|---|
| 04/15/2022 | 184 | DECLARATION of Ryan E. Cronin in Support re: 166 MOTION for Summary Judgment *(Partial Summary Judgment on Defendants' Work Made for Hire Defense)*.. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn. (Attachments: # 1 Exhibit 1 – Sulton Deposition, # 2 Exhibit 2 – Sulton Deposition, # 3 Exhibit 3 – Sulton Cert. of Registration, # 4 Exhibit 4 – McMullan Deposition, # 5 Exhibit 5 – Defendants' Webpage, # 6 Exhibit 6 – Sulton Notice of Termination, # 7 Exhibit 7 – Sulton Cert. of Recordation, # 8 Exhibit 8 – Counter–Notice to Sulton Notice of Termination, # 9 Exhibit 9 – Phillips Deposition, # 10 Exhibit 10 – Sobol Deposition, # 11 Exhibit 11 – Dickies Recording Agreement, # 12 Exhibit 12 – Dickies Cert. of Registration, # 13 Exhibit 13 – Dickies Notice of Termination, # 14 Exhibit 14 – Defendants' Counter Notice to Dickies, # 15 Exhibit 15 – Pellish Deposition, # 16 Exhibit 16 – Wynn Deposition, # 17 Exhibit 17 – Mehaffey Deposition, # 18 Exhibit 18 – Dream Syndicate Recording Agreement, # 19 Exhibit 19 – Dream Syndicate Cert. of Registration, # 20 Exhibit 20 – Dream Syndicate Notice of Termination, # 21 Exhibit 21 – Letter Indicating Release, # 22 Exhibit 22 – Dream Syndicate Notice of Termination, # 23 Exhibit 23 – Straw Deposition, # 24 Exhibit 24 – Straw Recording Agreement, # 25 Exhibit 25 – Straw Cert. of Registration, # 26 Exhibit 26 – Virgin Records Letter, # 27 Exhibit 27 – Straw Notice of Termination, # 28 Exhibit 28 – Straw Cert. of Recordation, # 29 Exhibit 29 – Defendants' Counter–Notice, # 30 Exhibit 30 – Placeholder).(Cronin, Ryan) (Entered: 04/15/2022) |
| 04/15/2022 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 177 Proposed Order was reviewed and approved as to form. (tp)** (Entered: 04/15/2022) |
| 04/15/2022 | 185 | MOTION for Summary Judgment *(Defendant and Counterclaim Plaintiff Capitol Records, LLC's Motion for Summary Judgment as to its Counterclaims for Direct and Vicarious Copyright Infringement against Plaintiff and Counterclaim Defendant Susan Straw Harris)*. Document filed by Capitol Records, LLC..(Atlas, Ariel) (Entered: 04/15/2022) |
| 04/15/2022 | 186 | MEMORANDUM OF LAW in Support re: 185 MOTION for Summary Judgment *(Defendant and Counterclaim Plaintiff Capitol Records, LLC's Motion for Summary Judgment as to its Counterclaims for Direct and Vicarious Copyright Infringement against Plaintiff and Counterclaim Defendant Susan St . Document filed by Capitol Records, LLC..(Atlas, Ariel) (Entered: 04/15/2022)* |
| 04/15/2022 | 187 | RULE 56.1 STATEMENT. Document filed by Capitol Records, LLC..(Atlas, Ariel) (Entered: 04/15/2022) |
| 04/15/2022 | 188 | DECLARATION of Rollin A. Ransom in Support re: 185 MOTION for Summary Judgment *(Defendant and Counterclaim Plaintiff Capitol Records, LLC's Motion for Summary Judgment as to its Counterclaims for Direct and Vicarious Copyright Infringement against Plaintiff and Counterclaim Defendant Susan St. Document filed by Capitol Records, LLC. (Attachments: # 1 Exhibit A – Letter dated 12/16/16, # 2 Exhibit B – Deposition Transcript, # 3 Exhibit C – Recording Agreement, # 4 Exhibit D – Termination Notice, # 5 Exhibit E – Straw Rog Responses, # 6 Exhibit F – SydStrawmusic.com, # 7 Exhibit G – Bandcamp's Syd Straw Website, # 8 Exhibit H – Straw RFA Responses, # 9 Second Amended Complaint, # 10 Answer to Second Amended Complaint).(Atlas, Ariel) (Entered: 04/15/2022)* |
| 04/15/2022 | 189 | DECLARATION of Alasdair McMullan in Support re: 185 MOTION for Summary Judgment *(Defendant and Counterclaim Plaintiff Capitol Records, LLC's Motion for Summary Judgment as to its Counterclaims for Direct and Vicarious Copyright Infringement against Plaintiff and Counterclaim Defendant Susan St. Document filed by Capitol Records, LLC..(Atlas, Ariel) (Entered: 04/15/2022)* |
| 04/15/2022 | 190 | PROPOSED ORDER. Document filed by Capitol Records, LLC. Related Document Number: 185 ..(Atlas, Ariel) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/15/2022) |

| | | |
|---|---|---|
| 04/18/2022 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 190 Proposed Order was reviewed and approved as to form. (tp) (Entered: 04/18/2022) |
| 04/18/2022 | 191 | ORDER granting 148 Letter Motion to Seal. Granted. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 4/18/2022) (vfr) (Entered: 04/18/2022) |
| 04/18/2022 | 192 | ***SELECTED PARTIES***DECLARATION of Ryan E. Cronin in Support re: 149 MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)*.. Document filed by Susan Straw Harris, John Waite, Stan Sobol, Dennis Mehaffey, Kasim Sulton, Steve Wynn, Leonard Graves Phillips, David Pelish, Capitol Records, LLC, UMG Recordings, Inc.. (Attachments: # 1 Exhibit 1 – Deposition of McMullan, # 2 Exhibit 2 – Sulton Deposition, # 3 Exhibit 3 – Sulton Recording Agreement, # 4 Exhibit 4 – Certificate of Registration, # 5 Exhibit 5 – Notice of Termination, # 6 Exhibit 6 – Phillips Deposition, # 7 Exhibit 7 – Sobol Deposition, # 8 Exhibit 8 – Dickies Recording Agreement, # 9 Exhibit 9 – Dickies Cert. of Registration, # 10 Exhibit 10 – Dickies Notice of Termination, # 11 Exhibit 11 – Wynn Deposition, # 12 Exhibit 12 – Pelish Deposition, # 13 Exhibit 13 – Mehaffey Deposition, # 14 Exhibit 14 – Dream Syndicate Recording Agreement, # 15 Exhibit 15 – Dream Syndicate Cert. of Registration, # 16 Exhibit 16 – Dream Syndicate Notice of Termination, # 17 Exhibit 17 – Straw Deposition, # 18 Exhibit 18 – Straw Recording Agreement, # 19 Exhibit 19 – Straw Cert. of Registration, # 20 Exhibit 20 – Straw Notice of Termination, # 21 Exhibit 21 – Straw Cert. of Recordation of Notice of Termination, # 22 Exhibit 22 – Master Summary Exhibit, # 23 Exhibit 23 – Recording Agreement Summary (Unredacted), # 24 Exhibit 24 – Deposition of Vranca, # 25 Exhibit 25 – Deposition of McMullan)Motion or Order to File Under Seal: 191 .(Cronin, Ryan) (Entered: 04/18/2022) |
| 04/18/2022 | 193 | ***SELECTED PARTIES***DECLARATION of Ryan E. Cronin in Support re: 166 MOTION for Summary Judgment *(Partial Summary Judgment on Defendants' Work Made for Hire Defense)*.. Document filed by Susan Straw Harris, John Waite, Stan Sobol, Dennis Mehaffey, Kasim Sulton, Steve Wynn, Leonard Graves Phillips, David Pellish, Capitol Records, LLC, UMG Recordings, Inc.. (Attachments: # 1 Exhibit 1 – Sulton Deposition, # 2 Exhibit 2 – Sulton Deposition, # 3 Exhibit 3 – Sulton Cert. of Registration, # 4 Exhibit 4 – McMullan Deposition, # 5 Exhibit 5 – Defendants' Webpage, # 6 Exhibit 6 – Sulton Notice of Termination, # 7 Exhibit 7 – Sulton Cert. of Recordation, # 8 Exhibit 8 – Counter–Notice to Sulton Notice of Termination, # 9 Exhibit 9 – Phillips Deposition, # 10 Exhibit 10 – Sobol Deposition, # 11 Exhibit 11 – Dickies Recording Agreement, # 12 Exhibit 12 – Dickies Cert. of Registration, # 13 Exhibit 13 – Dickies Notice of Termination, # 14 Exhibit 14 – Defendants' Counter Notice to Dickies, # 15 Exhibit 15 – Pellish Deposition, # 16 Exhibit 16 – Wynn Deposition, # 17 Exhibit 17 – Mehaffey Deposition, # 18 Exhibit 18 – Dream Syndicate Recording Agreement, # 19 Exhibit 19 – Dream Syndicate Cert. of Registration, # 20 Exhibit 20 – Dream Syndicate Notice of Termination, # 21 Exhibit 21 – Letter Indicating Release, # 22 Exhibit 22 – Dream Syndicate Notice of Termination, # 23 Exhibit 23 – Straw Deposition, # 24 Exhibit 24 – Straw Recording Agreement, # 25 Exhibit 25 – Straw Cert. of Registration, # 26 Exhibit 26 – Virgin Records Letter, # 27 Exhibit 27 – Straw Notice of Termination, # 28 Exhibit 28 – Straw Cert. of Recordation, # 29 Exhibit 29 – Defendants' Counter–Notice, # 30 Exhibit 30 – Recording Agreement Summary (Unredacted))Motion or Order to File Under Seal: 191 .(Cronin, Ryan) (Entered: 04/18/2022) |
| 05/10/2022 | 194 | PROPOSED STIPULATION AND ORDER. Document filed by Capitol Records, LLC, UMG Recordings, Inc...(Atlas, Ariel) (Entered: 05/10/2022) |
| 05/11/2022 | 195 | STIPULATION AND ORDER: NOW, THEREFORE, IT IS HEREBY STIPULATED ND AGREED, by and between the undersigned attorneys for the parties to this action, that the time within which the parties may file oppositions to the above–referenced motions is hereby extended from May 16, 2022 until and including May 27, 2022. The time within which Plaintiffs and defendants may file replies is hereby extended from June 3, 2022 until June 24, 2022. IT IS SO ORDERED. (Responses due by 5/27/2022, Replies due by 6/24/2022.) (Signed by Judge Lewis A. Kaplan on 5/11/2022) (mml) (Entered: 05/11/2022) |
| 05/20/2022 | 196 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Lewis A. Kaplan from Rollin A. Ransom dated May 20, 2022. Document filed by Capitol |

| | | |
|---|---|---|
| | | Records, LLC, UMG Recordings, Inc...(Atlas, Ariel) (Entered: 05/20/2022) |
| 05/24/2022 | 197 | ORDER granting 196 Letter Motion for Leave to File Excess Pages. Granted SO ORDERED. (Signed by Judge Lewis A. Kaplan on 5/24/2022) (ate) (Entered: 05/24/2022) |
| 05/24/2022 | | Set/Reset Deadlines: Responses due by 5/27/2022. (ate) (Entered: 05/24/2022) |
| 05/27/2022 | 198 | DECLARATION of Ryan E. Cronin in Opposition re: 185 MOTION for Summary Judgment *(Defendant and Counterclaim Plaintiff Capitol Records, LLC's Motion for Summary Judgment as to its Counterclaims for Direct and Vicarious Copyright Infringement against Plaintiff and Counterclaim Defendant Susan St. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn. (Attachments: # 1 Exhibit 1 – Excerpts of the Deposition of Susan Straw Harris of 12/16/2021, # 2 Exhibit 2 – Exhibit 86 to the deposition of Susan Straw Harris).(Cronin, Ryan) (Entered: 05/27/2022)* |
| 05/27/2022 | 199 | MEMORANDUM OF LAW in Opposition re: 185 MOTION for Summary Judgment *(Defendant and Counterclaim Plaintiff Capitol Records, LLC's Motion for Summary Judgment as to its Counterclaims for Direct and Vicarious Copyright Infringement against Plaintiff and Counterclaim Defendant Susan St raw Harris. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 05/27/2022)* |
| 05/27/2022 | 200 | COUNTER STATEMENT TO 187 Rule 56.1 Statement. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 05/27/2022) |
| 05/27/2022 | 201 | MEMORANDUM OF LAW in Opposition re: 168 MOTION for Summary Judgment *as to Plaintiff Kasim Sulton's Claim for Copyright Infringement*. . Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 05/27/2022) |
| 05/27/2022 | 202 | DECLARATION of Ryan E. Cronin, Esq. in Opposition re: 168 MOTION for Summary Judgment *as to Plaintiff Kasim Sulton's Claim for Copyright Infringement*.. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn. (Attachments: # 1 Exhibit A – UMG Initial Disclosures, # 2 Exhibit B – Def's Supplemental Initial Disclosures, # 3 Exhibit C – UMG's Responses to Pl's First Set of ROGs, # 4 Exhibit D – UMG's Responses to Pl's Second Set of ROGs, # 5 Exhibit E – Capitol's Responses and Objections to First Set of Interrogatories).(Cronin, Ryan) (Entered: 05/27/2022) |
| 05/27/2022 | 203 | DECLARATION of Kasim Sulton in Opposition re: 168 MOTION for Summary Judgment *as to Plaintiff Kasim Sulton's Claim for Copyright Infringement*.. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 05/27/2022) |
| 05/27/2022 | 204 | COUNTER STATEMENT TO 171 Rule 56.1 Statement. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn. (Attachments: # 1 Affidavit / Declaration of Ryan E. Cronin in Support of Plaintiffs' Counterstatement, etc., # 2 Exhibit 1 – Sulton Deposition., # 3 Exhibit 2 – UMG0019808_Sulton Notice of Termination, # 4 Exhibit 3 – Sulton Certificate of Registration, # 5 Exhibit 4 – P00093_Sulton Cert. of Recordation of Notice of Termination, # 6 Exhibit 5 – P00097_Defs' Counter Notice to Sulton Notice of Termination, # 7 Exhibit 6 – UMG0019812_Sulton Recording Agreement, # 8 Exhibit 7 – Principal Terms & Conditions, # 9 Exhibit 8 – Clearance Confirmation).(Cronin, Ryan) (Entered: 05/27/2022) |
| 05/27/2022 | 205 | LETTER MOTION to Seal addressed to Judge Lewis A. Kaplan from Rollin A. Ransom dated May 27, 2022. Document filed by UMG Recordings, Inc.. (Attachments: # 1 Exhibit – Proposed Redacted Defendants' Opposition to Plaintiffs' Motion for Class Certification, # 2 Exhibit – Proposed Redacted McMullan Declaration with Slip Sheets, # 3 Exhibit – Proposed Redacted Harrington Declaration with Slip Sheets, # 4 Exhibit – Proposed Redacted Blackburn Declaration, # 5 Exhibit |

| | | – Proposed Redacted Exhibit A to Gilford Declaration).(Ransom, Rollin) (Entered: 05/27/2022) |
|---|---|---|
| 05/27/2022 | 206 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 149 MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)*. . Document filed by Capitol Records, LLC, UMG Recordings, Inc., Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn. Motion or Order to File Under Seal: 205 .(Ransom, Rollin) (Entered: 05/27/2022) |
| 05/27/2022 | 207 | DECLARATION of Alasdair McMullan in Opposition re: 149 MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)*., 166 MOTION for Summary Judgment *(Partial Summary Judgment on Defendants' Work Made for Hire Defense)*.. Document filed by Capitol Records, LLC, UMG Recordings, Inc.. (Attachments: # 1 Exhibit 1 – Agreement, # 2 Exhibit 2 – Declaration, # 3 Exhibit 3 – Payments, # 4 Exhibit 4 – Payment, # 5 Exhibit 5 – Payments, # 6 Exhibit 6 – Agreement, # 7 Exhibit 7 – Payment, # 8 Exhibit 8 – Letter, # 9 Exhibit 9 – Payments, # 10 Exhibit 10 – Memorandum, # 11 Exhibit 11 – Memorandum, # 12 Exhibit 13 – Letter, # 13 Exhibit 14 – Letter, # 14 Exhibit 24 – Registration, # 15 Exhibit 25 – Notice, # 16 Exhibit 26 – Letter, # 17 Exhibit 27 (Part 1) – Agreement, # 18 Exhibit 27 (Part 2) – Agreement, # 19 Exhibit 28 – Statements, # 20 Exhibit 29 – Statements, # 21 Exhibit 30 – Statements, # 22 Exhibit 31 – Statements, # 23 Exhibit 35 – Registration, # 24 Exhibit 36 – Notice, # 25 Exhibit 37 – Letter, # 26 Exhibit 38 – Agreement, # 27 Exhibit 39 – Letter, # 28 Exhibit 41 – Payment, # 29 Exhibit 42 – Payments, # 30 Exhibit 43 – Memorandum, # 31 Exhibit 44 – Letter, # 32 Exhibit 45 – Costs, # 33 Exhibit 46 – Memorandum, # 34 Exhibit 47 – Invoice, # 35 Exhibit 48 – Payments, # 36 Exhibit 49 – Letter, # 37 Exhibit 50 – Letter, # 38 Exhibit 51 – Letter, # 39 Exhibit 52 – Invoices, # 40 Exhibit 53 – Invoice, # 41 Exhibit 54 – Invoice, # 42 Exhibit 55 – Invoices, # 43 Exhibit 56 – Invoice, # 44 Exhibit 57 – Invoices, # 45 Exhibit 58 – Invoices, # 46 Exhibit 59 – Label Copy, # 47 Exhibit 60 – Registration, # 48 Exhibit 61 – Notice, # 49 Exhibit 62 – Letter, # 50 Exhibit 63 (Part 1) – Agreement, # 51 Exhibit 63 (Part 2) – Agreement, # 52 Exhibit 64 – Payment, # 53 Exhibit 65 – Payment, # 54 Exhibit 66 – Letter, # 55 Exhibit 67 – Letter, # 56 Exhibit 71 – Letter, # 57 Exhibit 74 – Label Copy, # 58 Exhibit 75 – Label Copy, # 59 Exhibit 76 – Registration, # 60 Exhibit 77 – Notice, # 61 Exhibit 85 – Notice, # 62 Exhibit 86 – Notice, # 63 Exhibit 87 – Notices, # 64 Exhibit 88 – Notice, # 65 Exhibit 89 – Notice, # 66 Exhibit 90 – Notice, # 67 Exhibit 91 – Notice, # 68 Exhibit 92 – Notice, # 69 Exhibit 93 – Notice, # 70 Exhibit 94 – Notice, # 71 Exhibit 95 – Notice, # 72 Exhibit 96 – Notice, # 73 Exhibit 97 – Notice, # 74 Exhibit 98 – Notice, # 75 Exhibit 99 – Notice, # 76 Exhibit 100 – Notice, # 77 Exhibit 101 – Notice, # 78 Exhibit 102 – Notice, # 79 Exhibit 103 – Notice, # 80 Exhibit 104 – Notice, # 81 Exhibit 105 – Notice, # 82 Exhibit 106 – Notice, # 83 Exhibit 107 – Notice, # 84 Exhibit 108 – Notice, # 85 Exhibit 109 – Notice, # 86 Exhibit 110 – Notice, # 87 Exhibit 111 – Notice, # 88 Exhibit 112 – Notice, # 89 Exhibit 113 – Notice, # 90 Exhibit 114 – Notice, # 91 Exhibit 115 – Letter, # 92 Exhibit 116 – Letter, # 93 Exhibit 117 – Letter, # 94 Exhibit 118 – Letter, # 95 Exhibit 119 – Letter, # 96 Exhibit 204 – Revocation, # 97 Exhibit 205 – Revocation, # 98 Exhibit 206 – Revocation, # 99 Exhibit 207 – Revocation, # 100 Exhibit 208 – Revocation, # 101 Exhibit 209 – Revocation, # 102 Exhibit 210 – Revocation, # 103 Exhibit 211 – Revocation, # 104 Exhibit 212 – Revocation, # 105 Exhibit 213 – Revocation, # 106 Exhibit 214 – Revocation, # 107 Exhibit 227 – Image, # 108 Exhibit 228 – Registration).(Ransom, Rollin) (Entered: 05/27/2022) |
| 05/27/2022 | 208 | ***SELECTED PARTIES***DECLARATION of Alasdair McMullan in Opposition re: 149 MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)*., 166 MOTION for Summary Judgment *(Partial Summary Judgment on Defendants' Work Made for Hire Defense)*.. Document filed by Capitol Records, LLC, UMG Recordings, Inc., Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn. (Attachments: # 1 Exhibit 12 – Agreement, # 2 Exhibit 15 – Payments, # 3 Exhibit 16 – Agreement, # 4 Exhibit 17 – Letter, # 5 Exhibit 18 – Letter, # 6 Exhibit 19 – Payments, # 7 Exhibit 20 – Agreement, # 8 Exhibit 21 – Agreement, # 9 Exhibit 22 – Agreement, # 10 Exhibit 23 – Letter, # 11 Exhibit 32 – Agreement, # 12 Exhibit 33 – Agreement, # 13 Exhibit 34 – Agreement, # 14 Exhibit 40 – W–4, # 15 Exhibit 68 – Agreement, # 16 Exhibit 69 – Letter, # 17 Exhibit 70 – Letter, # 18 Exhibit 72 – Letter, # 19 Exhibit 73 – Letter, # |

<u>20</u> Exhibit 78 – Agreement, # <u>21</u> Exhibit 79 – Agreement, # <u>22</u> Exhibit 80 – Agreement, # <u>23</u> Exhibit 81 – Agreement, # <u>24</u> Exhibit 82 – Agreement, # <u>25</u> Exhibit 83 – Agreement, # <u>26</u> Exhibit 84 – Agreement, # <u>27</u> Exhibit 120 – Agreement, # <u>28</u> Exhibit 121 – Agreement, # <u>29</u> Exhibit 122 – Agreement, # <u>30</u> Exhibit 123 – Agreement, # <u>31</u> Exhibit 124 – Agreement, # <u>32</u> Exhibit 125 – Agreement, # <u>33</u> Exhibit 126 – Agreement, # <u>34</u> Exhibit 127 – Agreement, # <u>35</u> Exhibit 128 – Agreement, # <u>36</u> Exhibit 129 – Agreement, # <u>37</u> Exhibit 130 – Agreement, # <u>38</u> Exhibit 131 – Agreement, # <u>39</u> Exhibit 132 – Agreement, # <u>40</u> Exhibit 133 – Agreement, # <u>41</u> Exhibit 134 – Agreement, # <u>42</u> Exhibit 135 – Agreement, # <u>43</u> Exhibit 136 (Part 1) – Agreement, # <u>44</u> Exhibit 136 (Part 2) – Agreement, # <u>45</u> Exhibit 137 – Agreement, # <u>46</u> Exhibit 138 – Agreement, # <u>47</u> Exhibit 139 – Agreement, # <u>48</u> Exhibit 140 – Agreement, # <u>49</u> Exhibit 141 – Agreement, # <u>50</u> Exhibit 142 – Agreement, # <u>51</u> Exhibit 143 – Agreement, # <u>52</u> Exhibit 144 – Agreement, # <u>53</u> Exhibit 145 (Part 1) – Agreement, # <u>54</u> Exhibit 145 (Part 2) – Agreement, # <u>55</u> Exhibit 145 (Part 3) – Agreement, # <u>56</u> Exhibit 145 (Part 4) – Agreement, # <u>57</u> Exhibit 145 (Part 5) – Agreement, # <u>58</u> Exhibit 146 – Agreement, # <u>59</u> Exhibit 147 – Agreement, # <u>60</u> Exhibit 148 – Agreement, # <u>61</u> Exhibit 149 – Agreement, # <u>62</u> Exhibit 150 – Agreement, # <u>63</u> Exhibit 151 – Agreement, # <u>64</u> Exhibit 152 (Part 1) – Agreement, # <u>65</u> Exhibit 152 (Part 2) – Agreement, # <u>66</u> Exhibit 153 – Agreement, # <u>67</u> Exhibit 154 – Agreement, # <u>68</u> Exhibit 155 – Agreement, # <u>69</u> Exhibit 156 (Part 1) – Agreement, # <u>70</u> Exhibit 156 (Part 2) – Agreement, # <u>71</u> Exhibit 157 – Agreement, # <u>72</u> Exhibit 158 – Agreement, # <u>73</u> Exhibit 159 – Agreement, # <u>74</u> Exhibit 160 – Agreement, # <u>75</u> Exhibit 161 (Part 1) – Agreement, # <u>76</u> Exhibit 161 (Part 2) – Agreement, # <u>77</u> Exhibit 162 – Agreement, # <u>78</u> Exhibit 163 – Agreement, # <u>79</u> Exhibit 164 – Agreement, # <u>80</u> Exhibit 165 – Agreement, # <u>81</u> Exhibit 166 – Agreement, # <u>82</u> Exhibit 167 – Agreement, # <u>83</u> Exhibit 168 – Agreement, # <u>84</u> Exhibit 169 – Agreement, # <u>85</u> Exhibit 170 – Agreement, # <u>86</u> Exhibit 171 – Agreement, # <u>87</u> Exhibit 172 – Agreement, # <u>88</u> Exhibit 173 – Agreement, # <u>89</u> Exhibit 174 – Agreement, # <u>90</u> Exhibit 175 – Agreement, # <u>91</u> Exhibit 176 – Agreement, # <u>92</u> Exhibit 177 – Agreement, # <u>93</u> Exhibit 178 – Agreement, # <u>94</u> Exhibit 179 – Agreement, # <u>95</u> Exhibit 180 – Agreement, # <u>96</u> Exhibit 181 – Agreement, # <u>97</u> Exhibit 182 – Agreement, # <u>98</u> Exhibit 183 – Agreement, # <u>99</u> Exhibit 184 – Agreement, # <u>100</u> Exhibit 185 – Agreement, # <u>101</u> Exhibit 186 – Agreement, # <u>102</u> Exhibit 187 – Agreement, # <u>103</u> Exhibit 188 – Agreement, # <u>104</u> Exhibit 189 – Agreement, # <u>105</u> Exhibit 190 – Agreement, # <u>106</u> Exhibit 191 – Agreement, # <u>107</u> Exhibit 192 – Agreement, # <u>108</u> Exhibit 193 – Agreement, # <u>109</u> Exhibit 194 – Agreement, # <u>110</u> Exhibit 195 – Agreement, # <u>111</u> Exhibit 196 – Agreement, # <u>112</u> Exhibit 197 – Agreement, # <u>113</u> Exhibit 198 – Agreement, # <u>114</u> Exhibit 199 – Agreement, # <u>115</u> Exhibit 200 – Agreement, # <u>116</u> Exhibit 201 – Agreement, # <u>117</u> Exhibit 202 – Agreement, # <u>118</u> Exhibit 203 – Agreement, # <u>119</u> Exhibit 215 – Insurance, # <u>120</u> Exhibit 216 – Insurance, # <u>121</u> Exhibit 217 – Insurance, # <u>122</u> Exhibit 218 – Insurance, # <u>123</u> Exhibit 219 – Insurance, # <u>124</u> Exhibit 220 – Insurance, # <u>125</u> Exhibit 221 – Insurance, # <u>126</u> Exhibit 222 – Insurance, # <u>127</u> Exhibit 223 – Insurance, # <u>128</u> Exhibit 224 – Insurance, # <u>129</u> Exhibit 225 – Email, # <u>130</u> Exhibit 226 – Email)Motion or Order to File Under Seal: <u>205</u> .(Ransom, Rollin) (Entered: 05/27/2022)

| 05/27/2022 | <u>209</u> | \*\*\*SELECTED PARTIES\*\*\*DECLARATION of James Harrington in Opposition re: <u>166</u> MOTION for Summary Judgment *(Partial Summary Judgment on Defendants' Work Made for Hire Defense)*., <u>149</u> MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)*.. Document filed by Capitol Records, LLC, UMG Recordings, Inc., Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn. (Attachments: # <u>1</u> Exhibit 1 – Royalty Statement, # <u>2</u> Exhibit 2 – Royalty Statement, # <u>3</u> Exhibit 3 – Royalty Statement, # <u>4</u> Exhibit 4 – Royalty Statement, # <u>5</u> Exhibit 5 – Royalty Statement, # <u>6</u> Exhibit 6 – Royalty Statement, # <u>7</u> Exhibit 7 – Royalty Statement, # <u>8</u> Exhibit 8 – Royalty Statement, # <u>9</u> Exhibit 9 – Royalty Statement, # <u>10</u> Exhibit 10 – Royalty Statement, # <u>11</u> Exhibit 11 – Royalty Statement, # <u>12</u> Exhibit 12 – Royalty Statement, # <u>13</u> Exhibit 13 – Royalty Statement, # <u>14</u> Exhibit 14 – Royalty Statement, # <u>15</u> Exhibit 15 – Royalty Statement, # <u>16</u> Exhibit 16 – Royalty Statement, # <u>17</u> Exhibit 17 – Royalty Statement, # <u>18</u> Exhibit 18 – Royalty Statement, # <u>19</u> Exhibit 19 – Royalty Statement, # <u>20</u> Exhibit 20 – Royalty Statement, # <u>21</u> Exhibit 21 – Royalty Statement, # <u>22</u> Exhibit 22 – Royalty Statement, # <u>23</u> Exhibit 23 – Royalty Statement, # <u>24</u> Exhibit 24 – Royalty Statement, # <u>25</u> Exhibit 25 – Royalty Statement)Motion or Order to File Under Seal: <u>205</u> .(Ransom, Rollin) (Entered: 05/27/2022) |

| 05/27/2022 | 210 | ***SELECTED PARTIES***DECLARATION of David Blackburn in Opposition re: 149 MOTION to Certify Class (*Plaintiffs' Motion for Class Certification*).. Document filed by Capitol Records, LLC, UMG Recordings, Inc., Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn. Motion or Order to File Under Seal: 205 .(Ransom, Rollin) (Entered: 05/27/2022) |
|---|---|---|
| 05/27/2022 | 211 | DECLARATION of Lisa Gilford in Opposition re: 166 MOTION for Summary Judgment (*Partial Summary Judgment on Defendants' Work Made for Hire Defense*)., 149 MOTION to Certify Class (*Plaintiffs' Motion for Class Certification*).. Document filed by Capitol Records, LLC, UMG Recordings, Inc.. (Attachments: # 1 Exhibit A (redacted), # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O).(Ransom, Rollin) (Entered: 05/27/2022) |
| 05/27/2022 | 212 | ***SELECTED PARTIES***DECLARATION of Lisa Gilford in Opposition re: 166 MOTION for Summary Judgment (*Partial Summary Judgment on Defendants' Work Made for Hire Defense*)., 149 MOTION to Certify Class (*Plaintiffs' Motion for Class Certification*).. Document filed by Capitol Records, LLC, UMG Recordings, Inc., Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn. (Attachments: # 1 Exhibit A)Motion or Order to File Under Seal: 205 .(Ransom, Rollin) (Entered: 05/27/2022) |
| 05/27/2022 | 213 | MEMORANDUM OF LAW in Opposition re: 166 MOTION for Summary Judgment (*Partial Summary Judgment on Defendants' Work Made for Hire Defense*). . Document filed by Capitol Records, LLC, UMG Recordings, Inc...(Ransom, Rollin) (Entered: 05/27/2022) |
| 05/27/2022 | 214 | RESPONSE re: 169 Rule 56.1 Statement . Document filed by Capitol Records, LLC, UMG Recordings, Inc...(Ransom, Rollin) (Entered: 05/27/2022) |
| 05/27/2022 | 215 | DECLARATION of Rollin A. Ransom in Opposition re: 166 MOTION for Summary Judgment (*Partial Summary Judgment on Defendants' Work Made for Hire Defense*).. Document filed by Capitol Records, LLC, UMG Recordings, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M).(Ransom, Rollin) (Entered: 05/27/2022) |
| 05/27/2022 | 216 | Objection (*Defendant's Evidentiary Objections*). Document filed by Capitol Records, LLC, UMG Recordings, Inc...(Ransom, Rollin) (Entered: 05/27/2022) |
| 06/22/2022 | 217 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Lewis A. Kaplan from Heidi G. Crikelair dated June 22, 2022. Document filed by John Waite..(Crikelair, Heidi) (Entered: 06/22/2022) |
| 06/24/2022 | 218 | LETTER MOTION to Seal *Exhibits 36 and 37 to Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Class Certification, etc.,* addressed to Judge Lewis A. Kaplan from Ryan E. Cronin, Esq. dated June 24, 2022. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 06/24/2022) |
| 06/24/2022 | 219 | REPLY AFFIRMATION of Evan S. Cohen, Esq. (Supplemental Declaration) in Support re: 149 MOTION to Certify Class (*Plaintiffs' Motion for Class Certification*).. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn. (Attachments: # 1 Exhibit A–mail re UMG Settlement, # 2 Exhibit B–Email re UMG Offer, # 3 Exhibit C–Email re Letter to E. Cohen, # 4 Exhibit D–Email re Settlement Communications).(Cronin, Ryan) (Entered: 06/24/2022) |
| 06/24/2022 | 220 | REPLY MEMORANDUM OF LAW in Support re: 149 MOTION to Certify Class (*Plaintiffs' Motion for Class Certification*). . Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 06/24/2022) |
| 06/24/2022 | 221 | REPLY AFFIRMATION of Ryan E. Cronin, Esq. (Reply Declaration) in Support re: 149 MOTION to Certify Class (*Plaintiffs' Motion for Class Certification*).. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, |

| | | Stan Sobol, Kasim Sulton, John Waite, Steve Wynn. (Attachments: # 1 Exhibit 22–Amended Master Summary Exhibit, # 2 Exhibit 26–Alasdair McMullan Deposition, # 3 Exhibit 27–Alasdair McMullan Deposition, # 4 Exhibit 28–David Blackburn Deposition, # 5 Exhibit 29–Mark Goldstein Deposition, # 6 Exhibit 30–Dennis Mehaffey Deposition, # 7 Exhibit 31–Stan Sobol Deposition, # 8 Exhibit 32–Joel Pellish Deposition, # 9 Exhibit 33–Susan Straw Harris Deposition, # 10 Exhibit 34–Steve Wynn Steve Deposition, # 11 Exhibit 35–Stefano Vranca Deposition, # 12 Exhibit 36–Sealing pending, # 13 Exhibit 37–Sealing pending, # 14 Exhibit 38–Kasim Sulton Deposition Verification).(Cronin, Ryan) (Entered: 06/24/2022) |
| 06/24/2022 | 222 | REPLY MEMORANDUM OF LAW in Support re: 166 MOTION for Summary Judgment *(Partial Summary Judgment on Defendants' Work Made for Hire Defense)*. . Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 06/24/2022) |
| 06/24/2022 | 223 | RESPONSE re: 216 Objection (non–motion) . Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Cronin, Ryan) (Entered: 06/24/2022) |
| 06/24/2022 | 224 | ORDER granting 217 Letter Motion for Leave to File Excess Pages (HEREBY ORDERED by Judge Lewis A. Kaplan)(Text Only Order) (Kaplan, Lewis) (Entered: 06/24/2022) |
| 06/24/2022 | 225 | ORDER granting 218 Letter Motion to Seal (HEREBY ORDERED by Judge Lewis A. Kaplan)(Text Only Order) (Kaplan, Lewis) (Entered: 06/24/2022) |
| 06/24/2022 | 226 | REPLY MEMORANDUM OF LAW in Support re: 168 MOTION for Summary Judgment *as to Plaintiff Kasim Sulton's Claim for Copyright Infringement*. . Document filed by Capitol Records, LLC, UMG Recordings, Inc...(Atlas, Ariel) (Entered: 06/24/2022) |
| 06/24/2022 | 227 | REPLY re: 171 Rule 56.1 Statement *in Further Support and in Response to Plaintiffs' Responses, Objections, and Counter Statement of Additional Material Facts*. Document filed by Capitol Records, LLC, UMG Recordings, Inc...(Atlas, Ariel) (Entered: 06/24/2022) |
| 06/24/2022 | 228 | Objection re: 168 MOTION for Summary Judgment *as to Plaintiff Kasim Sulton's Claim for Copyright Infringement. (Defendants' Evidentiary Objections in Support of Their Motion for Summary Judgment)*. Document filed by Capitol Records, LLC, UMG Recordings, Inc...(Atlas, Ariel) (Entered: 06/24/2022) |
| 06/24/2022 | 229 | REPLY MEMORANDUM OF LAW in Support re: 185 MOTION for Summary Judgment *(Defendant and Counterclaim Plaintiff Capitol Records, LLC's Motion for Summary Judgment as to its Counterclaims for Direct and Vicarious Copyright Infringement against Plaintiff and Counterclaim Defendant Susan St . Document filed by Capitol Records, LLC..(Atlas, Ariel) (Entered: 06/24/2022)* |
| 06/24/2022 | 230 | REPLY re: 187 Rule 56.1 Statement *in Further Support and in Response to Plaintiffs' Responses, Objections, and Counter Statement of Additional Material Facts*. Document filed by Capitol Records, LLC..(Atlas, Ariel) (Entered: 06/24/2022) |
| 06/27/2022 | 231 | ***SELECTED PARTIES***REPLY AFFIRMATION of Ryan E. Cronin, Esq. (Reply Declaration) in Support re: 149 MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)*.. Document filed by Susan Straw Harris, John Waite, Stan Sobol, Dennis Mehaffey, Kasim Sulton, Steve Wynn, Leonard Graves Phillips, David Pellish, Capitol Records, LLC, UMG Recordings, Inc.. (Attachments: # 1 Exhibit 22–Amended Master Summary Exhibit, # 2 Exhibit 26–Alasdair McMullan Deposition, # 3 Exhibit 27–Alasdair McMullan Deposition, # 4 Exhibit 28–David Blackburn Deposition, # 5 Exhibit 29–Mark Goldstein Deposition, # 6 Exhibit 30–Dennis Mehaffey Deposition, # 7 Exhibit 31–Stan Sobol Deposition, # 8 Exhibit 32–Joel Pellish Deposition, # 9 Exhibit 33–Susan Straw Harris Deposition, # 10 Exhibit 34–Steve Wynn Steve Deposition, # 11 Exhibit 35–Stefano Vranca Deposition, # 12 Exhibit 36–1 [SEALED] Stefano Vranca Rebuttal Report, # 13 Exhibit 36–2 [SEALED] Stefano Vranca Rebuttal Report, # 14 Exhibit 37– [SEALED] Disputed Artists List, # 15 Exhibit 38–Kasim Sulton Deposition |

| | | |
|---|---|---|
| | | Verification)Motion or Order to File Under Seal: 225 .(Cronin, Ryan) (Entered: 06/27/2022) |
| 06/27/2022 | 232 | MEMO ENDORSEMENT on re: 217 LETTER MOTION for Leave to File Excess Pages addressed to Judge Lewis A. Kaplan from Heidi G. Crikelair dated June 22, 2022. filed by John Waite. ENDORSEMENT: Granted. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 6/27/22) (yv) (Entered: 06/27/2022) |
| 08/23/2022 | 233 | LETTER MOTION for Leave to File Supplemental Memorandum and Declarations addressed to Judge Lewis A. Kaplan from Rollin Ransom dated August 23, 2022. Document filed by Capitol Records, LLC, UMG Recordings, Inc.. (Attachments: # 1 Exhibit 1 – Supplemental Memorandum of Law, # 2 Exhibit 2 – Declaration of Alexander O'Neal and Supporting Exhibits, # 3 Exhibit 3 – Declaration of Rollin Ransom, # 4 Exhibit 4 – Declaration of Lisa Gilford and Supporting Exhibits).(Ransom, Rollin) (Entered: 08/23/2022) |
| 08/24/2022 | 234 | ORDER granting 233 Letter Motion for Leave to File Document. Granted. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 8/24/22) (yv) (Entered: 08/24/2022) |
| 08/24/2022 | 235 | SUPPLEMENTAL MEMORANDUM OF LAW in Opposition re: 149 MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)*. . Document filed by Capitol Records, LLC, UMG Recordings, Inc...(Atlas, Ariel) (Entered: 08/24/2022) |
| 08/24/2022 | 236 | DECLARATION of Alexander O'Neal in Opposition re: 149 MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)*.. Document filed by Capitol Records, LLC, UMG Recordings, Inc.. (Attachments: # 1 Exhibit A – Purported Notice of Termination, # 2 Exhibit B – Excerpt of O'Neal Recording Agreement).(Atlas, Ariel) (Entered: 08/24/2022) |
| 08/24/2022 | 237 | DECLARATION of Lisa Gilford in Opposition re: 149 MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)*.. Document filed by Capitol Records, LLC, UMG Recordings, Inc.. (Attachments: # 1 Exhibit A – Email from E. Cohen, # 2 Exhibit B – Packet of Materials from E. Cohen, # 3 Exhibit C – Screenshot of Website Maintained by E. Cohen).(Atlas, Ariel) (Entered: 08/24/2022) |
| 08/24/2022 | 238 | DECLARATION of Rollin A. Ransom in Opposition re: 149 MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)*.. Document filed by Capitol Records, LLC, UMG Recordings, Inc...(Ransom, Rollin) (Entered: 08/24/2022) |
| 09/12/2022 | 239 | ORDER granting in part and denying in part 185 Motion for Summary Judgment. The motion of defendant Capitol Records, LLC ("Capitol"), for partial summary judgment in its favor on its copyright infringement claims against plaintiff Susan Straw Harris, including a finding that Ms. Harris's alleged infringement was willful (Dkt 185), is granted to the extent that Capitol shall have judgment against Ms. Harris for direct and contributory infringement and recover compensatory damages in the total sum of $499. It is denied in all other respects, as there is a genuine issue of material fact as to willfulness. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 9/9/2022) (jca) (Entered: 09/12/2022) |
| 09/12/2022 | | Transmission to Finance Unit (Cashiers). Transmitted re: 239 Order on Motion for Summary Judgment to the Finance Unit (Cashiers) for case processing..(jca) (Entered: 09/12/2022) |
| 09/12/2022 | 240 | LETTER MOTION for Leave to File Response to Defendants' Supplemental Memorandum of Law in Opposition to Class Certification (ECF 235), addressed to Judge Lewis A. Kaplan from Heidi G. Crikelair, Esq. dated September 12, 2022. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn. (Attachments: # 1 Exhibit 1 – Supplemental Response Memo, # 2 Exhibit 2 – Declarations).(Crikelair, Heidi) (Entered: 09/12/2022) |
| 09/13/2022 | 241 | ORDER: granting 240 Letter Motion for Leave to File Document. Granted. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 9/13/2022) (ama) (Entered: 09/13/2022) |
| 09/13/2022 | 242 | RESPONSE re: 235 Memorandum of Law in Opposition to Motion */ Plaintiffs' Response to Defendants' Supplemental Memorandum in Opposition to Plaintiffs'* |

| | | |
|---|---|---|
| | | *Motion for Class Certification*. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Arnold, Roy) (Entered: 09/13/2022) |
| 09/13/2022 | 243 | DECLARATION of Evan S. Cohen, Esq. re: 242 Response, 235 Memorandum of Law in Opposition to Motion / *Supplemental Declaration of Evan S. Cohen, Esq. in Response to Defendants' Supplemental Memorandum in Opposition to Motion for Class Certification*. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn. (Attachments: # 1 Exhibit A – Facebook, etc., # 2 Exhibit B – Email exchanges, etc.).(Arnold, Roy) (Entered: 09/13/2022) |
| 09/13/2022 | 244 | DECLARATION of Roy W. Arnold, Esq. re: 242 Response, 235 Memorandum of Law in Opposition to Motion / *Supplemental Declaration of Roy W. Arnold, Esq. in Response to Defendants' Supplemental Memorandum in Opposition to Motion for Class Certification*. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn. (Attachments: # 1 Exhibit A – Email exchanges, etc.).(Arnold, Roy) (Entered: 09/13/2022) |
| 09/13/2022 | 245 | DECLARATION of Heidi G. Crikelair, Esq. re: 242 Response, 235 Memorandum of Law in Opposition to Motion / *Supplemental Declaration of Heidi G. Crikelair, Esq. in Response to Defendants' Supplemental Memorandum in Opposition to Motion for Class Certification*. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn. (Attachments: # 1 Exhibit A – Email exchanges, etc.).(Arnold, Roy) (Entered: 09/13/2022) |
| 09/13/2022 | 246 | MEMORANDUM OPINION re: 168 MOTION for Summary Judgment *as to Plaintiff Kasim Sulton's Claim for Copyright Infringement*. filed by Capitol Records, LLC, UMG Recordings, Inc. Defendants' motion for summary judgment dismissing plaintiff Sulton's copyright infringement claim (Dkt 168) is granted. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 9/13/22) (yv) (Entered: 09/13/2022) |
| 09/13/2022 | 247 | MEMORANDUM OPINION (CORRECTED): I have considered Sulton's remaining arguments of found and them all wanting, essentially for the reasons advanced by defendants. Accordingly, defendants' motion for summary judgment dismissing plaintiff Sulton's copyright infringement claim (Dkt 168) is granted. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 9/13/2022) (ama) (Entered: 09/13/2022) |
| 09/26/2022 | 248 | MOTION for Reconsideration re; 239 Order on Motion for Summary Judgment,, . Document filed by Capitol Records, LLC..(Atlas, Ariel) (Entered: 09/26/2022) |
| 09/26/2022 | 249 | MEMORANDUM OF LAW in Support re: 248 MOTION for Reconsideration re; 239 Order on Motion for Summary Judgment,, . . Document filed by Capitol Records, LLC..(Atlas, Ariel) (Entered: 09/26/2022) |
| 10/06/2022 | 250 | MOTION for Ryan E. Cronin to Withdraw as Attorney . Document filed by John Waite. (Attachments: # 1 Text of Proposed Order Proposed Order).(Crikelair, Heidi) (Entered: 10/06/2022) |
| 10/06/2022 | 251 | NOTICE OF APPEARANCE by Heidi Grace Crikelair on behalf of John Waite..(Crikelair, Heidi) (Entered: 10/06/2022) |
| 10/07/2022 | 252 | RESPONSE in Opposition to Motion re: 248 MOTION for Reconsideration re; 239 Order on Motion for Summary Judgment,, . *Plaintiffs' Response in Opposition to Defendants' Motion for Reconsideration of This Court's September 12, 2022 Order*. Document filed by Israel Caballero, Earle R. Ely, Jr, Joe Ely, Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Crikelair, Heidi) (Entered: 10/07/2022) |
| 10/07/2022 | 253 | ORDER: Accordingly, it is hereby ORDERED, that the Motion is GRANTED, and FURTHER ORDERED, that Ryan Cronin be withdrawn as Plaintiffs' counsel in this matter. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 10/7/2022) (mml) (Entered: 10/07/2022) |
| 10/14/2022 | 254 | REPLY MEMORANDUM OF LAW in Support re: 248 MOTION for Reconsideration re; 239 Order on Motion for Summary Judgment,, . . Document filed |

| | | |
|---|---|---|
| | | by Capitol Records, LLC..(Atlas, Ariel) (Entered: 10/14/2022) |
| 10/18/2022 | 255 | ORDER granting 250 Motion to Withdraw as Attorney. It is hereby ORDERED, that the Motion is GRANTED, and FURTHER ORDERED, that Ryan Cronin be withdrawn as Plaintiffs' counsel in this matter. SO ORDERED. (Attorney Ryan Edward Cronin terminated.) (Signed by Judge Lewis A. Kaplan on 10/7/22) (yv) (Entered: 10/18/2022) |
| 10/18/2022 | 256 | NOTICE OF APPEARANCE by Andrew T. Hambelton on behalf of Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn..(Hambelton, Andrew) (Entered: 10/18/2022) |
| 10/31/2022 | | Set Hearings: Oral Argument set for 11/10/2022 at 10:30 AM in Courtroom 21B, 500 Pearl Street, New York, NY 10007 before Judge Lewis A. Kaplan regarding pending class cert (Dkt. 149) and summary judgment (Dkt. 166) motions. (Mohan, Andrew) (Entered: 10/31/2022) |
| 01/03/2023 | 257 | ORDER: The Court will hear oral argument on the motion for class certification on January 11, 2023 at 10 a.m. SO ORDERED. Oral Argument set for 1/11/2023 at 10:00 AM before Judge Lewis A. Kaplan. (Signed by Judge Lewis A. Kaplan on 1/3/2023) (mml) (Entered: 01/03/2023) |
| 01/05/2023 | 258 | MEMO ENDORSED ORDER denying 248 MOTION for Reconsideration re; 239 Order on Motion for Summary Judgment, filed by Capitol Records, LLC. ENDORSEMENT: Denied. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 1/5/2023) (mml) (Entered: 01/05/2023) |
| 01/06/2023 | 259 | LETTER MOTION to Adjourn Conference *Oral argument currently scheduled for January 11, 2023, without opposition from defendants,* addressed to Judge Lewis A. Kaplan from Roy W. Arnold, Esq. dated January 6, 2023. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, Steve Wynn..(Arnold, Roy) (Entered: 01/06/2023) |
| 01/06/2023 | 260 | ORDER terminating 259 Letter Motion to Adjourn Conference. The Court is sympathetic to the difficulties of travel at the present. Accordingly, I will take the motion on submission or, if either side wishes, hear argument over a Teams video conference. Counsel shall notify my deputy by 1/9/2023 of their election and, if they seek argument, make arrangements with Mr. Mohan for the video conference. In view of the fact that argument previously and necessarily was postponed and that the case already is nearly four years old, I decline to adjourn argument. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 1/6/2023) (mml) Modified on 1/9/2023 (mml). (Entered: 01/06/2023) |
| 01/10/2023 | | Reset Hearings: Oral Argument re class certification reset for 1/11/2023 at 10:00 AM before Judge Lewis A. Kaplan via video–conference as requested by counsel. All counsel were emailed a video–conference link. Public, press, and non–participating attorneys should dial the AT&T conference line, 1–888–363–4749 and enter conference ID 7664205# in order to listen to the proceeding. Recording or re–broadcasting of the hearing is prohibited by Court rules. (Mohan, Andrew) (Entered: 01/10/2023) |
| 01/11/2023 | | Minute Entry for proceedings held before Judge Lewis A. Kaplan via video conference:Oral Argument held on 1/11/2023 re: 149 MOTION to Certify Class *(Plaintiffs' Motion for Class Certification).* filed by Leonard Graves Phillips, Stan Sobol, David Pellish, Kasim Sulton, Susan Straw Harris, Dennis Mehaffey, Steve Wynn, John Waite. AT&T conference line for audio listening was active. Decision reserved. (Court Reporter Kristen Carannante) (Mohan, Andrew) (Entered: 01/11/2023) |
| 01/11/2023 | 261 | LETTER addressed to Judge Lewis A. Kaplan from Roy W. Arnold, Esq. dated January 11, 2023 re: transmission of the slide presentation from the 1/11/23 oral argument relating to plaintiffs' motion for class certification. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, Steve Wynn..(Arnold, Roy) (Entered: 01/11/2023) |
| 01/12/2023 | 262 | TRANSCRIPT REQUEST for a Motion for Class Certification Hearing proceeding held on 01/11/2023 before Judge Lewis A. Kaplan. Document filed by Capitol |

| | | |
|---|---|---|
| | | Records, LLC, UMG Recordings, Inc...(De Lilly, Lauren) (Entered: 01/12/2023) |
| 01/24/2023 | 263 | TRANSCRIPT of Proceedings re: ARGUMENT held on 1/11/2023 before Judge Lewis A. Kaplan. Court Reporter/Transcriber: Kristen Carannante, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/14/2023. Redacted Transcript Deadline set for 2/24/2023. Release of Transcript Restriction set for 4/24/2023..(McGuirk, Kelly) (Entered: 01/24/2023) |
| 01/24/2023 | 264 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUMENT proceeding held on 1/11/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 01/24/2023) |
| 01/27/2023 | 265 | MEMORANDUM OPINION re: 149 MOTION to Certify Class *(Plaintiffs' Motion for Class Certification)*. filed by Leonard Graves Phillips, Stan Sobol, David Pellish, Kasim Sulton, Susan Straw Harris, Dennis Mehaffey, Steve Wynn, John Waite. Plaintiffs' claims raise issues of fairness in copyright law that undoubtedly extend beyond their own grievances. However, the individualized evidence and case–by–case evaluations necessary to resolve those claims make this case unsuitable for adjudication on an aggregate basis. Plaintiffs' motion for class certification (Dkt 149) is denied in all respects. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 1/27/23) (yv) (Entered: 01/27/2023) |
| 02/10/2023 | 266 | NOTICE OF INTERLOCUTORY APPEAL from 265 Memorandum & Opinion,,. Document filed by Susan Straw Harris, Dennis Mehaffey, David Pellish, Leonard Graves Phillips, Stan Sobol, Kasim Sulton, John Waite, Steve Wynn. Filing fee $ 505.00, receipt number ANYSDC–27330270. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Arnold, Roy) (Entered: 02/10/2023) |
| 02/10/2023 | 267 | PROPOSED STIPULATION AND ORDER. Document filed by Capitol Records, LLC, UMG Recordings, Inc...(Atlas, Ariel) (Entered: 02/10/2023) |
| 02/13/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 266 Notice of Interlocutory Appeal,..(nd) (Entered: 02/13/2023) |
| 02/13/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 266 Notice of Interlocutory Appeal, filed by Leonard Graves Phillips, Stan Sobol, David Pellish, Kasim Sulton, Susan Straw Harris, Dennis Mehaffey, Steve Wynn, John Waite were transmitted to the U.S. Court of Appeals..(nd) (Entered: 02/13/2023) |
| 02/13/2023 | 268 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the Parties in this litigation, and subject to the Court's approval, as follows: 1. The litigation, and any court deadlines set by this Court or the Federal Rules of Civil Procedure shall be stayed until such time as the Second Circuit rules on Plaintiffs' Rule 23(f) petition. IT IS SO ORDERED. (Signed by Judge Lewis A. Kaplan on 2/13/23) (yv) (Entered: 02/13/2023) |
| 02/13/2023 | 269 | ORDER denying without prejudice to renewal 166 Motion for Summary Judgment. As plaintiffs' have sought to take an interlocutory appeal from the Court's order denying class certification and the parties have stipulated to a stay of all proceedings pending appeal, plaintiffs' motion for partial summary judgment on defendants' work for hire defense (Dkt 166) is denied without prejudice to renewal following expiration of the stay. Any such renewal shall be by notice filed no later than 21 days after said expiration and shall be on the existing papers. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 2/13/23) (yv) (Entered: 02/13/2023) |